## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
### www.flmb.uscourts.gov

IN RE

**EVOLUTION MICRO, LLC**

                        **Debtor.**

_____/

**CASE NO.: 6:23-bk-**
**CHAPTER 11**

*Subchapter V Election*

## NOTICE OF FILING

    **EVOLUTION MICRO, LLC** ("Debtor"), by and through its undersigned counsel, hereby

files the following:

    1.    Action by Written Consent of the Sole Member of Evolution Micro, LLC

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **Evolution Micro, LLC** 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; the parties entitled to receive CM/ECF noticing; the secured creditors and the twenty largest unsecured creditors as shown on the matrix attached; and the **Office of the United States Trustee,** 400 West Washington Street, Suite 1100, Orlando, Florida 32801, this __29th__ day of September 2023.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
jluna@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
*Attorney for the Debtor*

1

## ACTION BY WRITTEN CONSENT OF THE MANAGING AND SOLE MEMBER OF EVOLUTION MICRO, LLC

The undersigned, as the managing and sole member of **EVOLUTION MICRO, LLC** (the "Company"), a Florida limited liability company, hereby consents to the following resolution:

**WHEREAS**, Fazleabbas Khaki, as the managing and sole member of the Company has considered the financial and operational conditions of the Company's business;

**WHEREAS**, Fazleabbas Khaki, as the managing member of the Company has reviewed, considered, and received the recommendations and the advice of the Company's professionals and advisors with respect to potential avenues for relief that are available to the Company, including the possibility of pursing a restructuring that contemplates an orderly reorganization of the Company's business and assets under Chapter 11 ( including Subchapter V) of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, it is in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 (Subchapter V) of Title 11 of the United States Code; and

**NOW, THEREFORE, BE IT RESOLVED,** that Fazleabbas Khaki, as the managing member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the voluntary filing of a Chapter 11 (Subchapter V) bankruptcy case on behalf of the Company; and

**FURTHER RESOLVED,** that Fazleabbas Khaki, as the managing member of the Company, is authorized and directed to appear in bankruptcy proceedings as necessary on behalf of the Company or to direct another representative to appear, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

**FURTHER RESOLVED,** that Fazleabbas Khaki, as the managing member of the Company is authorized and directed to employ Justin M. Luna, Esq. and the law firm of Latham, Luna, Eden & Beaudine, LLP, to act as bankruptcy counsel to the Company; and

**FURTHER RESOLVED,** that Fazleabbas Khaki, as the managing member of the Company, is authorized to negotiate the terms of the plan of reorganization on behalf of the corporation and take any and all necessary steps for the Debtor in the bankruptcy case.

**IN WITNESS WHEREOF**, the undersigned have hereunto set their hands as all of the incorporators of this Company on this 29th day of September 2023.

Fazleabbas Khaki
Managing Member
Evolution Micro, LLC