## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**

**EVOLUTION MICRO, LLC**

CASE NO. 6:23-bk-04081-TPG
CHAPTER 11

*Subchapter V Election*

**Debtor.**

_____/

## CASE MANAGEMENT SUMMARY

**EVOLUTION MICRO, LLC** ("**Debtor**"), by and through its undersigned counsel, and pursuant to Administrative Order FLMB 2009-1 and Local Rule 2081-1(b), hereby files its Chapter 11 Case Management Summary and states as follows:

1. On September 29, 2023 (the "Petition Date"), Debtor filed its voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Debtor continues to operate its business and manage its assets as a debtor-in-possession in accordance with its duties and responsibilities under the Bankruptcy Code.

### Description of the Debtor's Business

2. Debtor is a limited liability company created in February 2017 with its principal place of business at 210 Springview Commerce Drive, Debary, FL, 32713. The Debtor is an e-commerce company. The Debtor purchases household and other goods at wholesale prices and sends such goods to Amazon to sell to retail customers. Amazon fulfills the orders for the Debtor.

**Reasons for Filing Bankruptcy**

3. Like virtually every industry, the Debtor's business suffered due to the COVID-19 pandemic. Additionally, in or about May 2023, Amazon flagged a small portion of the Debtor's inventory and requested proof of purchase for such inventory. The Debtor has repeatedly contacted Amazon to gather more information and correct any issues with the Debtor's account. In the interim, Amazon has frozen the Debtor's entire inventory with little explanation. Despite persistent efforts, Amazon continues to block the Debtor's account and will not release or sell any of the Debtor's inventory. Debtor has relied on the Amazon marketplace as its primary source of revenue.

4. The Debtor filed the instant case to preserve the going concern value of its business operations, to restructure its debt obligations, and ultimately allow for a successful reorganization for all stakeholders. The Debtor intends to move quickly and file a plan of reorganization within the first week. The Debtor envisions a confirmation hearing within forty-five (45) to sixty (60) days of the Petition Date.

**Debtor's Revenue Statistics**

5. The Debtor generated approximately $6,789,242.81 in total income in 2022. The Debtor has generated $3,132,833.22 in total income in 2023.

**Membership Interests in Debtor and the Debtor's Officers**

6. The Debtor is owned 100% and managed by Fazleabbas Khaki.

**Amounts Owed to Various Classes of Creditors**

7. As of the Petition Date, Debtor believes there are approximately $1,717,353.22 in secured claims.

8. As of the Petition Date, Debtor believes there are approximately $857,558.60 in unsecured claims.

9. Debtor believes it is current on its tax obligations to the IRS as well as the Florida Department of Revenue.

### General Description and Approximate Value of Debtor's Assets

10. The Debtor owns cash and cash equivalents of approximately $201,660.36.

11. The Debtor owns accounts receivable in the amount of $467,447.44.

12. The Debtor owns inventory in an amount exceeding $1,000,000.00.

### Number of Employees and Amounts Owed

13. As of the Petition Date, the Debtor has three employees, one of which is an insider. The Debtor employs two (2) hourly employees and one (1) salaried employee. As of the Petition Date, all employees are current on their wages.

### Anticipated Emergency Relief to be requested within 14 days from the Petition Date

14. Emergency Motion to Maintain Pre-Petition Bank Accounts.

15. Emergency Motion for Authority to Use Cash Collateral.

16. Emergency Motion to Pay Officer Affiliate Salaries.

/s/ *Justin M. Luna*
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**Benjamin R. Taylor, Esq.**
Florida Bar No. 1024101
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**EVOLUTION MICRO, LLC**

**CASE NO. 6:23-bk-04081-TPG**
**CHAPTER 11**

*Subchapter V Election*

    **Debtor.**

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing has been furnished either electronically or by U.S. First Class, postage prepaid mail to **Evolution Micro LLC**, 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the **U.S. Trustee, c/o Bryan E. Buenaventura**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, bryan.buenaventura@usdoj.gov; this 2nd day of October, 2023.

    /s/ *Justin M. Luna*
    **Justin M. Luna, Esq.**