**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

EVOLUTION MICRO, LLC

Debtor.

CASE NO. 6:23-bk-04081-TPG
CHAPTER 11

*Subchapter V Election*

*Emergency Hearing Requested on or before Friday, October 6, 2023*

_____/

## EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND REQUEST FOR EMERGENCY PRELIMINARY HEARING

EVOLUTION MICRO, LLC ("**Debtor**") by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 363(c)(2) and 363(e), Federal Rules of Bankruptcy Procedure 4001(b)(2) and 4001(c), and Local Rule 2081-1(g)(1), hereby moves for authority to use cash collateral on an interim basis and to provide adequate protection to the **UNITED STATES SMALL BUSINESS ADMINISTRATION ("SBA")**,[1] which entity may hold a first-position security interest in the Debtor's cash and/or cash equivalents, and to the extent necessary, the holders of inferior position security interests in the Debtor's cash, accounts and cash equivalents that may be held by **SECURED LENDER SOLUTIONS** ("**Secured**"), **DE LAGE LANDEN FINANCIAL SERVICES, INC.** ("**De Lage**"), **CADENCE BANK, N.A.** ("**Cadence**"), **FUNDING CIRCLE, LLC** ("**Funding Circle**"), and/or **WELLS FARGO BANK, N.A.** ("**Wells Fargo**") (collectively, the superior and inferior interest are referred to as the "**Secured Creditors**"), and requests an emergency hearing on the relief sought. In support of this motion, Debtor states as follows:

---

[1] Debtor's inclusion or reference to any creditors in this Motion is in no way an admission that such creditor has a properly perfected security interest in the Debtors' property or allowed claim. Debtor specifically reserves its right to contest the validity of any alleged claim or security interest held by a creditor in this case.

## Summary of Relief Requested

1.      ***Emergency Relief Requested***. Debtor requests that the Court authorize the Debtor's use of cash collateral notwithstanding any lien of the Secured Creditors as of the Petition Date. Debtor requests authority to use cash to fund ordinary business operations and necessary expenses in accordance with the cash budget attached hereto as **Exhibit "A"**.

2.      ***Notice***. This motion has been served on (i) all parties consenting to electronic service via the Court's CM/ECF system, (ii) the Office of the United States Trustee via email (if known), fax, and overnight mail, (iii) the 20 largest creditors, Regions via certified mail or email (if known), via fax (if known), or via FedEx Overnight Mail. Prior to any hearing on the instant motion, undersigned counsel for the Debtor will confer with the Office of the United States Trustee and all available Secured Creditors regarding the relief requested herein.

3.      ***Suggested Hearing Date***. Debtor requests a hearing date on or before **Friday, October 6, 2023**.

4.      ***Supporting Argument.*** Debtor supports this motion as set forth below.

## Background

5.      On September 29, 2023 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") and elected to pursue relief under the provisions of Subchapter V. Debtor continues to manage and operate its business as a debtor-in-possession in accordance with the Bankruptcy Code.

6.      The cash collateral Debtor seeks to use is comprised of cash on hand and funds to be received during normal operations which may be encumbered by the Secured Creditors (the "**Cash Collateral**").

7.      The Secured Creditors may assert a security interest in the Debtor's cash and cash equivalents by virtue of UCC-1 Financing Statements filed with the State of Florida.

## **Relief Requested**

8.      Debtor will require the use of Cash Collateral to continue to operate its business for the next ninety (90) days, and, depending on the month, a greater or lesser amount will be required each comparable period thereafter. Debtor will use the Cash Collateral to make payroll, pay suppliers and vendors, and pay other ordinary course expenses to maintain its business, which may be subject to the Secured Creditors' security interests.

9.      A Budget reflecting the estimated income and expenses for the Debtor's business over the next ninety (90) days is attached hereto as **Exhibit "A"**.

10.      As adequate protection for the use of Cash Collateral, Debtor proposes to grant the Secured Creditors a replacement lien on post-petition Cash Collateral to the same extent, priority, and validity as their pre-petition liens, to the extent Debtor's use of Cash Collateral results in a decrease in value of the Secured Creditors' interest in the Cash Collateral. As demonstrated by the Budget, Debtor will continue to operate on a positive cash flow basis during the interim six-week period. As such, all interests in Cash Collateral are adequately protected by replacement liens and the proposed adequate protected is fair and reasonable and sufficient to satisfy any diminution in value of the prepetition collateral.

11.      In the event the Debtor is not permitted to use Cash Collateral, it may be forced to halt operations altogether, creating an adverse effect on creditors, and will likely eliminate the total of value of assets pledged as collateral. Thus, Debtor believes the protections outlined herein are fair and reasonable under the circumstances and will be sufficient to protect the interest of the Secured Creditors' collateral from a diminution in value during the period of use by the Debtor. Accordingly, under the circumstances of this Chapter 11 case, granting the relief requested in the Motion is warranted.

12.     As of the date of this Motion, Debtor's undersigned counsel has not conferred with counsel for any of the Secured Creditors regarding the relief requested, but undersigned counsel will endeavor to confer with the Secured Creditors regarding the relief requested herein.

**WHEREFORE**, Debtor respectfully requests the Court: (i) set an expedited preliminary hearing to consider this Motion on or before **Friday, October 6, 2023;** (ii) grant the Debtor permission to use the Cash Collateral notwithstanding any liens on its cash or cash equivalents on an interim basis as of the Petition Date; and (iii) approve of the form and manner of providing adequate protection to Secured Creditors during the interim period; and (iv) grant such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 2nd day of October, 2023.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**Benjamin R. Taylor, Esq.**
Florida Bar No. 1024101
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**EVOLUTION MICRO, LLC**

      **Debtor.**

_____/

**CASE NO. 6:23-bk-04081-TPG**
**CHAPTER 11**

*Subchapter V Election*

*Emergency Hearing Requested on or before Friday, October 6, 2023*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL** has been served by United States mail and/or e-mail to: **Evolution Micro LLC**, 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; **Secured Lender Solutions**, P.O. Box 2576, Springfield, IL 62708; **De Lage Landen Financial Service**, 1111 Old Eagle School Road, Wayne, PA 19087; **Cadence Bank, N.A.,** 201 S. Spring St., Tupelo, MS 38804; **Funding Circle,** 707 17th Street, Suite 2200, Denver, CO 80202; **Wells Fargo Bank, N.A.,** 420 Montgomery Street, San Francisco, CA 94104; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the **U.S. Trustee, c/o Bryan E. Buenaventura**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, bryan.buenaventura@usdoj.gov;  this 2nd day of October, 2023.

                        /s/ Justin M. Luna
                        **Justin M. Luna, Esq.**

EXHIBIT "A"

# EVOLUTION MICRO LLC
# Cash flow forecast

| | | | | |
|---|---|---|---|---|
| Starting cash on hand | $ 119,826.00 | | Starting date | |

| | Oct 2023 | Nov 2023 | Dec 2023 | Total |
|---|---|---|---|---|
| Cash on hand (beginning of month) | $ 119,826.00 | $ 138,851.00 | $ 132,576.00 | |

## Cash receipts

| | | | | |
|---|---|---|---|---|
| Cash sales | $ 125,000.00 | $ 150,000.00 | $ 250,000.00 | $ 1,105,000.00 |
| Returns and allowances | | | | $ - |
| Collections on accounts receivable | | | | $ - |
| Interest, other income | | | | $ - |
| Loan proceeds | | | | $ - |
| Owner contributions | | | | $ - |
| Other receipts | | | | $ - |
| Total cash receipts | $ 125,000.00 | $ 150,000.00 | $ 250,000.00 | $ 1,105,000.00 |
| Total cash available | $ 244,826.00 | $ 288,851.00 | $ 382,576.00 | |

## Cash paid out

| | | | | |
|---|---|---|---|---|
| Advertising | $ 500.00 | $ 500.00 | $ 500.00 | $ 3,000.00 |
| Commissions and fees | | | | $ - |
| Contract labor | | | | $ - |
| Employee benefit programs | | | | $ - |
| Insurance (other than health) | | | | $ - |
| Interest expense | | | | $ - |
| Materials and supplies (in COGS) | $ 1,200.00 | $ 1,500.00 | $ 1,700.00 | $ 8,900.00 |
| Meals and entertainment | $ 100.00 | $ 100.00 | $ 100.00 | $ 600.00 |
| Mortgage interest | | | | $ - |
| Office expense | $ 200.00 | $ 200.00 | $ 200.00 | $ 1,200.00 |
| Other interest expense | | | | $ - |
| Pension and profit-sharing plan | | | | $ - |
| Purchases for resale | $ 100,000.00 | $ 150,000.00 | $ 200,000.00 | $ 765,000.00 |
| Rent or lease | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 7,800.00 |
| Rent or lease: vehicles, equipment | $ 425.00 | $ 425.00 | $ 425.00 | $ 2,550.00 |
| Repairs and maintenance | | | | $ - |
| Supplies (not in COGS) | | | | $ - |
| Taxes and licenses | | | | $ - |
| Travel | $ 50.00 | $ 50.00 | $ 50.00 | $ 300.00 |
| Utilities | $ 300.00 | $ 300.00 | $ 300.00 | $ 1,800.00 |
| Wages (less emp. credits) | $ 6,900.00 | $ 6,900.00 | $ 6,900.00 | $ 41,400.00 |
| Other expenses | | | | $ - |
| Other expenses | | | | $ - |
| Other expenses | | | | $ - |
| Miscellaneous | | | | $ - |
| Subtotal | $ 110,975.00 | $ 161,275.00 | $ 211,475.00 | $ 832,550.00 |
| Loan principal payment | | | | $ - |
| Capital purchases | | | | $ - |
| Other startup costs | | | | $ - |
| To reserve and/or escrow | | | | $ - |
| Owners' withdrawal | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 30,000.00 |
| Total cash paid out | $ 105,975.00 | $ 156,275.00 | $ 206,475.00 | $ 862,550.00 |
| Cash on hand (end of month) | $ 138,851.00 | $ 132,576.00 | $ 176,101.00 | |
| Change in Cash | $ 19,025.00 | $ (6,275.00) | $ 43,525.00 | $ 302,450.00 |