## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**

**EVOLUTION MICRO, LLC**

**CASE NO. 6:23-bk-04081-TPG**
**CHAPTER 11**

*Subchapter V Election*

**Debtor.**

_____/

## CERTIFICATE OF SERVICE
## TO ADDITIONAL CREDITORS OF NOTICE OF CHAPTER 11 BANKRUPTCY CASE

**EVOLUTION MICRO, LLC** ("**Debtor**"), hereby certifies that a true and correct copy of the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 16) has been served via U.S. First Class Mail to additional creditors: **Amazon.com, Inc.**, P.O. Box 81226, Seattle, WA 98108-1226, **Amazon.com, Inc. c/o Corporation Service Company**, 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, WA 98501, Attn: Legal Department – Legal Process, and **Amazon.com Services, LLC c/o Corporation Service Company**, 1201 Hays Street, Tallahassee, FL 32301, this 17th day of October, 2023.

*/s/ Justin M. Luna*
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtor*