**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**EVOLUTION MICRO, LLC**

**CASE NO. 6:23-bk-04081-TPG**
**CHAPTER 11**

**SUBCHAPTER V**

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **(1) CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION (Doc. No. 49); (2) VOTING BALLOT; and (3) ORDER SCHEDULING (I) HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION, (II) DEADLINES WITH RESPECT TO CONFIRMATION HEARING AND (III) DEADLINES FOR FILING ADMINISTRATIVE EXPENSE APPLICATIONS (Doc. 52)** has been furnished by U.S. First Class mail, postage prepaid, to all creditors and parties-in-interest, as shown on the matrix attached hereto**; Evolution Micro, LLC,** 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; all parties entitled to receive electronic noticing via CM/ECF; **Subchapter V Trustee, Jerrett M. McConnell**, 6100 Greenland Road, Unit 603, Jacksonville, Florida 32258, and the **Office of the United States Trustee, c/o Bryan E. Buenaventura**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, bryan.buenaventura@usdoj.gov, this 13th day of November 2023.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
**Benjamin R. Taylor, Esq.**
Florida Bar No. 1024101
btaylor@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Fax: 407-481-5801
*Attorneys for Debtor*