```
Label Matrix for local noticing            Amazon                                     American Express Business
113A-6                                     410 Terry Ave N.                           Platinum
Case 6:23-bk-04081-TPG                     Seattle, WA 98109-5210                     200 Vesey Street
Middle District of Florida                                                            New York, NY 10285-1000
Orlando
Mon Nov 13 15:03:06 EST 2023

American Express National Bank             Becket & Lee (BS))                         Bryan E Buenaventura
c/o Becket and Lee LLP                      PO Box 3002 Dept MVS                      DOJ-Ust
PO Box 3001                                Malvern, PA 19355-0702                     400 West Washington Street
Malvern  PA 19355-0701                                                                Ste 1100
                                                                                      Orlando, FL 32801-2210

Cadence Bank, N.A.                         Capital One N.A.                           Capital One Spark Business
201 S. Spring St.                          by American InfoSource as agent            1680 Capital One Drive
Tupelo, MS 38804-4811                      PO Box 71083                               Mc Lean, VA 22102-3407
                                           Charlotte, NC  28272-1083

Capital One Venture X Business             CitiBusiness/AAdvantage Platinum           (p)DE LAGE LANDEN FINANCIAL
1680 Capital Drive                         388-390 Greenwich St.                      ATTN LITIGATION & RECOVERY
Mc Lean, VA 22102-3407                     New York, NY 10285-0001                    1111 OLD EAGLE SCHOOL ROAD
                                                                                      WAYNE PA 19087-1453

Evolution Micro LLC                        FC Marketplace, LLC                        Fazleabbas Khaki
210 Springview Commerce Dr.                c/o Becket and Lee LLP                     210 Springview Commerce Dr.
Unit 120                                   PO Box 3002                                Unit 120
Debary, FL 32713-4845                      Malvern, PA 19355-0702                     Debary, FL 32713-4845

Florida Department of Revenue              Florida Dept of Revenue                    (p)FUNDING CIRCLE
Bankruptcy Unit                            P.O. Box 6668                              707 17TH STREET
Post Office Box 6668                       Tallahassee, FL 32314-6668                 SUITE 2200
Tallahassee FL 32314-6668                                                             DENVER CO 80202-3404

IRS                                        Internal Revenue Service                   Justin M Luna
Centralized Insolvency Operations          Post Office Box 7346                       Latham, Luna, Eden & Beaudine, LLP
P.O. Box 7346                              Philadelphia PA 19101-7346                 201 S. Orange Ave., Suite 1400
Philadelphia, PA 19101-7346                                                           Orlando, FL 32801-3483

Jerrett M McConnell                        Secured Lender Solutions                   U.S. Small Business Admin.
McConnell Law Group, P.A.                  P.O. Box 2576                              409 3rd Street S.W.
6100 Greenland Road, Unit 603              Springfield, IL 62708-2576                 Washington, DC 20416-0005
Jacksonville, FL 32258-7436

U.S. Small Business Administration         United States Trustee - ORL                Volusia County Tax Collector
7825 Baymeadows Way, Suite 100-B           Office of the United States Trustee        123 West Indiana Avenue
Jacksonville, FL 32256-7543                George C Young Federal Building            Room 103
                                           400 West Washington Street, Suite 1100     Deland FL 32720-4602
                                           Orlando, FL 32801-2210

Wells Fargo Bank, N.A.                     Wells Fargo Bank, N.A.
420 Montgomery Street                      Attn.: Kimberly Park (MACF0005-055)
San Francisco, CA 94104-1298               800 Walnut Street
                                           Des Moines, IA 50309-3891
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

De Lage Landen Financial Service  
1111 Old Eagle School Road  
Wayne, PA 19087

Funding Circle  
707 17th Street  
Suite 2200  
Denver, CO 80202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)FC Marketplace, LLC  
c/o Becket and Lee LLP  
PO Box 3002  
Malvern PA 19355-0702

End of Label Matrix  
Mailable recipients    28  
Bypassed recipients     1  
Total                  29