| Fill in this information to identify the case: | |
| --- | --- |
| Debtor Name **Evolution Micro LLC** | |
| United States Bankruptcy Court for the: Northern District of Florida | |
| Case number: **6:23-bk-04081-TPG** | ☐ Check if this is an amended filing |

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __November 2023__

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Fazleabbas Khaki

Original signature of responsible party: _____

Printed name of responsible party       Fazleabbas Khaki

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
| --- | --- | --- | --- |
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ❏   ❏   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏   ❏   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.
   $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
   cash received even if you have not deposited it at the bank, collections on
   receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.
   $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D.*

   Report the total from *Exhibit D* here.
   – $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*
   + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.
   = $ _____

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
   have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
   purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**
   $ _____
   *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                            $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?                _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____

30. How much have you paid this month in other professional fees?        $ _____

31. How much have you paid in total other professional fees since filing the case?        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                        $ _____

36. Total projected cash disbursements for the next month:                              - $ _____

37. Total projected net cash flow for the next month:                                      = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING <u>November 1, 2023</u> AND ENDING <u>November 30, 2023</u>

Name of Debtor: <u>Evolution Micro, LLC</u>     Case Number <u>6:23-bk-04081-TPG</u>
Date of Petition: <u>September 29, 2023</u>

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $73,998.28 (a) | (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $274,249.97 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** (Lines 2A+2B+2C) | $274,249.97 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** (Line 1 + Line 3) | $348,248.25 | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | $100.00 | |
| C. Contract Labor | $1,768.50 | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (See Attach. 2) | $228,311.69 | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net (See Attachment 4B) | $4,579.16 | |
| K. Professional Fees (Accounting & Legal) | $189.94 | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | $401.67 | |
| R. Telephone | $578.30 | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | $2,000.00 | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | $7,919.72 | |
| **6. TOTAL DISBURSEMENTS** (Sum of 5A thru W) | $245,848.98 | |
| **7. ENDING BALANCE** (Line 4 Minus Line 6) | $102,399.78 (c) | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This <u>18</u> day of <u>December</u>, 20 <u>23</u>.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-1

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Shipping Expense | $7,919.72 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## CHECK REGISTER

Name of Debtor: Evolution Micro LLC          Case Number: 6:23-bk-04081-TPG

Reporting Period beginning: November 1, 2023     Period ending: November 30, 2023

NAME OF BANK: Wells Fargo          BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 11/20 | 1168 | Trustee | Trustee Fees | $1,000.00 |
| 11/20 | 1169 | Trustee | Trustee Fees | $1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                        $ 2,000.00

## APPENDIX B

# Navigate Business Checking <sup>SM</sup>

November 30, 2023 ■ Page 1 of 8



EVOLUTION MICRO LLC
210 SPRINGVIEW COMMERCE DR STE 120
DEBARY FL 32713-4845

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
           P.O. Box 6995
           Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Tips on wiring money

Wiring money is just like sending cash. Help protect yourself by knowing how to spot the signs of a scam. Red flags include pressure to send right away, investments that promise high returns, unexpected requests from impersonators posing as well-known organizations, and last-minute changes to established wire instructions. Consider consulting a banker before you wire money.

Learn more at wellsfargo.com/stopwirescams

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $73,998.28 |
| Deposits/Credits | 283,061.64 |
| Withdrawals/Debits | - 254,660.14 |
| Ending balance on 11/30 | $102,399.78 |

Account number:      9133

EVOLUTION MICRO LLC

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

November 30, 2023 ■ Page 2 of 8



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.51 |
| Average collected balance | $62,069.81 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.51 |
| Interest paid this year | $75.37 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Purchase authorized on 10/31 Ebay O*16-10726-28 San Jose CA S463304720028440 Card 3467 | | 594.00 | 73,404.28 |
| 11/2 | | Newegg Inc 1000119921 2001144106 0000000009*000000001\GE*1*600000429\lea*1*0001199 | 880.60 | | |
| 11/2 | | Purchase authorized on 10/30 Paypal *Johnshaffe San Jose CA S383303611066478 Card 3467 | | 2,340.00 | |
| 11/2 | | Purchase authorized on 11/01 USPS Stamps Endici 888-434-0055 DC S463305610349398 Card 3467 | | 100.00 | |
| 11/2 | | WT Fed#07696 1St Capital Bank /Ftr/Bnf=Phoenix International Srf# Ow00003795438764 Trn#231102156120 Rfb# Ow00003795438764 | | 15,494.00 | |
| 11/2 | < | Business to Business ACH Debit - Payroll Payroll 231102 13583478 Evolution Micro LLC | | 125.00 | |
| 11/2 | < | Business to Business ACH Debit - IRS Usataxpymt 110223 227370666012344 Evolution Micro LLC | | 401.67 | |
| 11/2 | < | Business to Business ACH Debit - Payroll Payroll 231102 13583478 Evolution Micro LLC | | 2,289.58 | 53,534.63 |
| 11/3 | | WT Fed#05846 Bank of America, N /Org=S.F.K Distribution LLC Srf# 2023110300500844 Trn#231103171978 Rfb# 463111252 | 98,224.83 | | |
| 11/3 | | WT Fed#08239 1St Capital Bank /Ftr/Bnf=Phoenix International Srf# Ow00003800007566 Trn#231103174765 Rfb# Ow00003800007566 | | 67,416.00 | |
| 11/3 | | Zelle to Jahmeel Johnson Employee on 11/03 Ref #Rp0Rpf8C68 | | 474.00 | 83,869.46 |
| 11/6 | | Wire Trans Svc Charge - Sequence: 231106129208 Srf# Ow00003809575097 Trn#231106129208 Rfb# Ow00003809575097 | | 25.00 | |
| 11/6 | | Purchase authorized on 11/03 Ebay O*12-10740-67 San Jose CA S303307593830617 Card 3467 | | 306.90 | |
| 11/6 | | Purchase authorized on 11/03 Paypal *Techebay12 San Jose CA S383308097816831 Card 3467 | | 1,800.00 | |
| 11/6 | | WT Fed#03588 Jpmorgan Chase Ban /Ftr/Bnf=Lesley Gendelman Srf# Ow00003809575097 Trn#231106129208 Rfb# Ow00003809575097 | | 5,575.00 | |
| 11/6 | | WT Seq129926 Guava Systems Corp. /Bnf=Guava Systems Corporation Srf# Ow00003809581899 Trn#231106129926 Rfb# Ow00003809581899 | | 4,950.00 | 71,212.56 |
| 11/7 | | Purchase authorized on 11/06 Ebay O*27-10744-72 San Jose CA S303310715897461 Card 3467 | | 537.10 | |
| 11/7 | | Purchase authorized on 11/06 Ebay O*27-10744-72 San Jose CA S303310715897461 Card 3467 | | 790.03 | |
| 11/7 | | Fedex Cis Fdx Freigh 510632900987 Evolution Micro LLC | | 1,673.05 | 68,212.38 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/8 | | Purchase authorized on 11/06 Fedex71968005 800-4633339 TN S583310691484239 Card 3467 | | 4,509.23 | |
| 11/8 | | Recurring Payment authorized on 11/07 Shipstation 512-485-4282 TX S383312253576946 Card 3467 | | 49.99 | |
| 11/8 | | WT Seq146914 Global Buy /Bnf=Global Buy Srf# Ow00003817157413 Trn#231108146914 Rfb# Ow00003817157413 | | 22,000.00 | 41,653.16 |
| 11/9 | | Newegg Inc 1000120711 2001145519 E*000000009*000000001\GE*1*300001896\lea*1*00012 | 1,878.50 | | |
| 11/9 | | Purchase authorized on 11/07 Paypal *Terrystrea San Jose CA S463311651188033 Card 3467 | | 1,630.00 | 41,901.66 |
| 11/10 | | Purchase authorized on 11/09 Ebay O*15-10764-71 San Jose CA S583313604426409 Card 3467 | | 594.00 | |
| 11/10 | | Zelle to Jahmeel Johnson Employee on 11/10 Ref #Rp0Rpy6PF3 | | 475.50 | 40,832.16 |
| 11/13 | | WT Fed#04007 Bank of America, N /Org=S.F.K Distribution LLC Srf# 2023111300493963 Trn#231113155080 Rfb# 464319222 | 98,224.83 | | |
| 11/13 | | Wire Trans Svc Charge - Sequence: 231113156798 Srf# Ow00003833500866 Trn#231113156798 Rfb# Ow00003833500866 | | 25.00 | |
| 11/13 | | Purchase authorized on 11/09 Paypal *Glockman51 San Jose CA S583313748783024 Card 3467 | | 680.00 | |
| 11/13 | | Purchase authorized on 11/10 Ebay O*11-10770-95 San Jose CA S303314512417552 Card 3467 | | 306.90 | |
| 11/13 | | WT Fed#07386 1St Capital Bank /Ftr/Bnf=Phoenix International Srf# Ow00003833500866 Trn#231113156798 Rfb# Ow00003833500866 | | 43,500.00 | 94,545.09 |
| 11/14 | | Purchase authorized on 11/13 Ebay O*21-10778-53 San Jose CA S463317703477016 Card 3467 | | 594.00 | |
| 11/14 | | Purchase authorized on 11/13 Bts*R&Lcarriers 937-382-1494 OH S383317798350859 Card 3467 | | 124.47 | 93,826.62 |
| 11/15 | | Purchase authorized on 11/14 Ebay O*10-10791-59 San Jose CA S303319005013121 Card 3467 | | 396.00 | |
| 11/15 | | Purchase authorized on 11/14 Ebay O*24-10797-05 San Jose CA S303319020211253 Card 3467 | | 209.00 | 93,221.62 |
| 11/16 | | Wire Trans Svc Charge - Sequence: 231116157016 Srf# Ow00003844125324 Trn#231116157016 Rfb# Ow00003844125324 | | 25.00 | |
| 11/16 | | Purchase authorized on 11/15 Ebay O*23-10784-14 San Jose CA S583319336514626 Card 3467 | | 139.99 | |
| 11/16 | | Purchase authorized on 11/15 Ebay O*23-10784-14 San Jose CA S583319336514626 Card 3467 | | 191.29 | |
| 11/16 | | Purchase authorized on 11/15 Ebay O*08-10794-59 San Jose CA S463319469189161 Card 3467 | | 139.55 | |
| 11/16 | | Purchase authorized on 11/15 Ebay O*10-10793-70 San Jose CA S383319510533263 Card 3467 | | 400.00 | |
| 11/16 | | Purchase authorized on 11/15 Ebay O*13-10791-91 San Jose CA S583319510813652 Card 3467 | | 110.00 | |
| 11/16 | | Purchase authorized on 11/15 Ebay O*10-10794-52 San Jose CA S463319623123743 Card 3467 | | 715.00 | |
| 11/16 | | WT Fed#07933 Jpmorgan Chase Ban /Ftr/Bnf=Lesley Gendelman Srf# Ow00003844125324 Trn#231116157016 Rfb# Ow00003844125324 | | 1,775.00 | |
| 11/16 | | Vz Wireless Ve Vzw Webpay 231115 1606430 Fazleabbas *Khaki | | 578.30 | 89,147.49 |
| 11/17 | | Purchase authorized on 11/16 Ebay O*10-10797-19 San Jose CA S463320307778299 Card 3467 | | 149.95 | |
| 11/17 | | Purchase authorized on 11/16 Ebay O*10-10797-19 San Jose CA S463320307778299 Card 3467 | | 320.47 | |
| 11/17 | | Purchase authorized on 11/16 Amz*Eluktronics 302-380-3242 DE S303320313252786 Card 3467 | | 1,162.50 | |
| 11/17 | | Purchase authorized on 11/16 Amz*Eluktronics 302-380-3242 DE S583320314562807 Card 3467 | | 8,965.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/17 | | Purchase authorized on 11/16 Amz*Eluktronics 302-380-3242 DE S303320793533232 Card 3467 | | 620.00 | |
| 11/17 | | Purchase authorized on 11/16 Ebay O*18-10794-99 San Jose CA S383320835516416 Card 3467 | | 594.00 | |
| 11/17 | | Purchase authorized on 11/16 Amz*Eluktronics 302-380-3242 DE S383321166229516 Card 3467 | | 3,586.00 | |
| 11/17 | | Purchase authorized on 11/16 Amz*Eluktronics 302-380-3242 DE S583321167155779 Card 3467 | | 1,168.50 | |
| 11/17 | | Zelle to Jahmeel Johnson Employee on 11/17 Ref #Rp0Rqhjxrc | | 465.00 | 72,116.07 |
| 11/20 | | Purchase authorized on 11/19 Amz*Eluktronics 302-380-3242 DE S303324136196659 Card 3467 | | 8,910.00 | |
| 11/20 | | Purchase authorized on 11/19 Ebay O*09-10814-43 San Jose CA S383324237953170 Card 3467 | | 594.00 | |
| 11/20 | 1168 | Deposited OR Cashed Check | | 1,000.00 | |
| 11/20 | 1169 | Deposited OR Cashed Check | | 1,000.00 | 60,612.07 |
| 11/21 | | Purchase authorized on 11/20 USPS Stamps Endici 888-434-0055 DC S383324610482342 Card 3467 | | 10.00 | |
| 11/21 | | Purchase authorized on 11/20 Ebay O*15-10814-97 San Jose CA S463325089506968 Card 3467 | | 57.00 | |
| 11/21 | | Zelle to Elvis on 11/21 Ref #Rp0Rqs2Bdh | | 2,052.00 | |
| 11/21 | | Fedex Cis Fdx Freigh 511037585952 Evolution Micro LLC | | 1,243.80 | 57,249.27 |
| 11/24 | | Purchase Return authorized on 11/22 Ebay O*19-10821-08 San Jose CA S583327086182710 Card 3467 | 448.84 | | |
| 11/24 | | Purchase Return authorized on 11/23 Ebay O*01-10833-33 San Jose CA S383327083728587 Card 3467 | 662.32 | | |
| 11/24 | | Purchase Return authorized on 11/23 Ebay O*17-10821-99 San Jose CA S583326837591983 Card 3467 | 4,200.00 | | |
| 11/24 | | Purchase Return authorized on 11/23 Ebay O*22-10819-17 San Jose CA S303327112406367 Card 3467 | 3,500.00 | | |
| 11/24 | | Purchase authorized on 11/20 Paypal *Praxis San Jose TN S463324746942041 Card 3467 | | 1,065.00 | |
| 11/24 | | Purchase authorized on 11/20 Paypal *Praxis San Jose TN S383324747139929 Card 3467 | | 250.00 | |
| 11/24 | | Purchase authorized on 11/20 Paypal *Johnshaffe San Jose CA S463324747324877 Card 3467 | | 3,400.00 | |
| 11/24 | | Purchase authorized on 11/20 Paypal *Techebay12 San Jose CA S383324747555786 Card 3467 | | 1,350.00 | |
| 11/24 | | Purchase authorized on 11/22 USPS Stamps Endici 888-434-0055 DC S383326648035333 Card 3467 | | 87.34 | |
| 11/24 | | Purchase authorized on 11/22 USPS Stamps Endici 888-434-0055 DC S463326652688854 Card 3467 | | 11.84 | |
| 11/24 | | Purchase authorized on 11/22 Newegg Mktplce Sel City of Indus CA S303326771109123 Card 3467 | | 64.94 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*10-10826-33 San Jose CA S463326784348123 Card 3467 | | 60.00 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*10-10826-33 San Jose CA S463326784348123 Card 3467 | | 82.50 | |
| 11/24 | | Purchase authorized on 11/22 Paypal *Glockman51 San Jose CA S303326785183613 Card 3467 | | 750.00 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*18-10821-07 San Jose CA S463326787723955 Card 3467 | | 252.00 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*17-10821-99 San Jose CA S583326837591983 Card 3467 | | 4,200.00 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*01-10833-33 San Jose CA S383327083728587 Card 3467 | | 662.32 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*19-10821-08 San Jose CA S583327086182710 Card 3467 | | 448.84 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*05-10830-93 San Jose CA S303327088465050 Card 3467 | | 74.99 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*05-10830-93 San Jose CA S303327088465050 Card 3467 | | 171.00 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*03-10832-01 San Jose CA S463327102747992 Card 3467 | | 217.06 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/24 | | Purchase authorized on 11/22 Ebay O*16-10823-13 San Jose CA S583327108250034 Card 3467 | | 65.00 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*22-10819-17 San Jose CA S303327112406367 Card 3467 | | 84.99 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*22-10819-17 San Jose CA S303327112406367 Card 3467 | | 3,500.00 | |
| 11/24 | | Purchase authorized on 11/22 Ebay O*08-10828-39 San Jose CA S383327117926708 Card 3467 | | 280.00 | |
| 11/24 | | Purchase authorized on 11/23 Ebay O*16-10825-29 San Jose CA S383327640795672 Card 3467 | | 59.95 | |
| 11/24 | | Purchase authorized on 11/23 Ebay O*02-10835-39 San Jose CA S303327676455980 Card 3467 | | 325.00 | |
| 11/24 | | Purchase authorized on 11/23 Ebay O*02-10835-58 San Jose CA S303327707891843 Card 3467 | | 237.60 | |
| 11/24 | | Purchase authorized on 11/23 Ebay O*09-10831-42 San Jose CA S303328070652280 Card 3467 | | 9,900.00 | |
| 11/24 | | Purchase authorized on 11/23 Ebay O*20-10824-21 San Jose CA S463328085128750 Card 3467 | | 12.00 | |
| 11/24 | | Zelle to Jahmeel Johnson Employee on 11/24 Ref #Rp0Rqzfptp | | 354.00 | 38,094.06 |
| 11/27 | | Purchase authorized on 11/24 Ebay O*18-10827-65 San Jose CA S383328569679894 Card 3467 | | 71.44 | |
| 11/27 | | Purchase authorized on 11/24 USPS Stamps Endici 888-434-0055 DC S583328747115291 Card 3467 | | 10.00 | |
| 11/27 | | Purchase authorized on 11/24 Ebay O*14-10832-89 408-3766151 CA S463329100052963 Card 3467 | | 149.90 | |
| 11/27 | | Purchase authorized on 11/24 Ebay O*14-10832-89 408-3766151 CA S463329100052963 Card 3467 | | 475.90 | |
| 11/27 | | Purchase authorized on 11/24 Ebay O*18-10830-28 408-3766151 CA S383329101136533 Card 3467 | | 74.95 | |
| 11/27 | | Purchase authorized on 11/24 Ebay O*23-10826-82 408-3766151 CA S583329102581455 Card 3467 | | 78.55 | |
| 11/27 | | Purchase authorized on 11/24 Ebay O*16-10831-56 408-3766151 CA S303329108551018 Card 3467 | | 150.00 | |
| 11/27 | | Purchase authorized on 11/25 Ebay O*16-10832-78 San Jose CA S303329468577594 Card 3467 | | 73.00 | 37,010.32 |
| 11/28 | | Purchase authorized on 11/26 Ebay O*17-10840-63 408-3766151 CA S583331260114352 Card 3467 | | 59.68 | |
| 11/28 | | Purchase authorized on 11/27 Ebay O*22-10841-32 San Jose CA S583331823150084 Card 3467 | | 630.00 | |
| 11/28 | | Purchase authorized on 11/27 Ebay O*01-10855-62 San Jose CA S583331824244965 Card 3467 | | 378.00 | |
| 11/28 | | Purchase authorized on 11/27 Ebay O*21-10842-76 San Jose CA S303332137034235 Card 3467 | | 660.00 | 35,282.64 |
| 11/29 | | Wire Trans Svc Charge - Sequence: 231129023677 Srf# Ow00003883362462 Trn#231129023677 Rfb# Ow00003883362462 | | 25.00 | |
| 11/29 | | Purchase authorized on 11/27 Ebay O*09-10851-40 San Jose CA S463332266661598 Card 3467 | | 120.00 | |
| 11/29 | | Purchase authorized on 11/28 Ebay O*08-10852-96 408-3766151 CA S383332485904052 Card 3467 | | 315.00 | |
| 11/29 | | Purchase authorized on 11/28 USPS Stamps Endici 888-434-0055 DC S303332647048711 Card 3467 | | 100.00 | |
| 11/29 | | Purchase authorized on 11/28 Ebay O*22-10846-48 408-3766151 CA S303332854555560 Card 3467 | | 700.00 | |
| 11/29 | | WT Fed#02111 Jpmorgan Chase Ban /Ftr/Bnf=Lesley Gendelman Srf# Ow00003883362462 Trn#231129023677 Rfb# Ow00003883362462 | | 4,375.00 | 29,647.64 |
| 11/30 | | Newegg Inc 1000123411 2001150326 \SE*0000000009*000000001\GE*1*400003990\Iea*1*000 | 2,517.21 | | |
| 11/30 | | WT Fed#03768 Bank of America, N /Org=S.F.K Distribution LLC Srf# 2023113000676480 Trn#231130254718 Rfb# 466699290 | 72,524.00 | | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/30 | < | Business to Business ACH Debit - Payroll Payroll 231130 13583478 Evolution Micro LLC | | 2,289.58 | |
| 11/30 | | Interest Payment | 0.51 | | 102,399.78 |
| Ending balance on 11/30 | | | | | 102,399.78 |
| Totals | | | $283,061.64 | $254,660.14 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1168 | 11/20 | 1,000.00 | 1169 | 11/20 | 1,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2023 - 11/30/2023 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | $29,647.64 |
| • Combined balance in linked accounts, which may include | $15,000.00 | $60,679.14 |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|   - Average ledger balance in your Business Time Account | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 22 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✔ IMPORTANT ACCOUNT INFORMATION

---

Limits to your Card

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

Please see the Wells Fargo debit and ATM card terms and conditions applicable to your card, which can be found at www.wellsfargo.com/debit-card/terms-and-conditions.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your        $ _____
   register or transfers into         $ _____
   your account which are not         $ _____
   shown on your statement.         + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____
   .

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801