**ORDERED.**

Dated:  January 04, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO.  6:23-bk-04081-TPG |
| **EVOLUTION MICRO LLC,** | CHAPTER 11 |
| Debtor. | *Subchapter V Election* |
| _____/ | |

**ORDER (1) CONFIRMING FINAL SUBCHAPTER V PLAN OF REORGANIZATION FOR EVOLUTION MICRO, LLC PURSUANT TO 11 U.S.C. §§ 1129(a), (b) AND 1191(b), (2) GRANTING MOTION FOR CRAMDOWN, (3) ESTABLISHING DEADLINES, AND (4) SETTING FURTHER HEARING**

**THIS CASE** came on for hearing on December 13, 2023 at 11:15 a.m. (the "**Hearing**") to consider confirmation of the *Subchapter V Plan of Reorganization* (the "**Plan**") (Doc. No. 49) filed by Evolution Micro, LLC (the "**Debtor**").

On November 13, 2023, the Court entered the *Order Scheduling Confirmation Hearing* (Doc. No. 52), which Order also set compensation and administrative claim hearing procedures, fixed a deadline of December 6, 2023 (the "**Objection Deadline**") for filing objections to confirmation, fixed a deadline of December 11, 2023 for filing ballots accepting or rejecting the Plan, and deadlines for

the Debtor to submit its confirmation affidavit and ballot tabulation. No objections to confirmation were filed by the interested parties.

Prior to the Hearing, Debtor filed its proposed *Exhibit List* in support of confirmation (Doc. No. 73) (the "**Exhibits**"), which Exhibits included:

- Exhibit 1 – *Debtor's Subchapter V Plan of Reorganization*
- Exhibit 2 – *Feasibility Analysis*;
- Exhibit 3 – *Liquidation Analysis*;
- Exhibit 4 – *Ballot Tabulation*;
- Exhibit 5 – *Inventory List*;
- Exhibit 6 – *Confirmation Affidavit*

At the Hearing, the Court admitted each of the Exhibits without objection (Doc. No. 74). Also, during the Hearing, Debtor's counsel proffered the testimony of the Debtor's Managing Member, Fazleabbas Khaki, in support of confirmation of the Plan without objection, which testimony adopted and was consistent with the statements set forth in the Confirmation Affidavit (Exhibit 6) admitted into evidence.

Upon review and consideration of the Plan, the Exhibits, the presentation and statements of counsel present at the Hearing, and for the reasons stated orally and recorded in open court, the Court finds and determines that the requirements of 11 U.S.C. §§ 1129(a), (b) and 1191(b) of the Bankruptcy Code have been satisfied.

Accordingly, it is **ORDERED** as follows:

1. The Plan (Doc. No. 49) is **CONFIRMED** pursuant to 11 U.S.C. §§ 1129 and 1191(b). If there is a discrepancy between the Plan and this Order, this Order controls.

2. Debtor's Cramdown Motion (Doc. No. 71) is **GRANTED**.

3.      Debtor is authorized and directed to execute all agreements and undertake the actions contemplated by the Plan, as modified herein, and, pursuant to 11 U.S.C. § 1194, all payments required under the Plan shall be made by the Debtor notwithstanding confirmation of the Plan under 11 U.S.C. § 1129(a), (b) and 1191(b).[1] The Subchapter V Trustee shall remain in the case to monitor for performance of payments made under the Plan and may submit fee applications for time incurred monitoring the Debtor's post-confirmation obligations.

4.      Debtor shall file all objections to claims within ninety (90) days after the Effective Date of the Plan; provided, however, the Debtor may seek any extension of this deadline for cause shown.

5.      Any counterparty to an executory contract or unexpired lease, which was not assumed, is directed to file any claim for rejection damages within thirty (30) days from the entry of the Confirmation Order.

6.      In the event the Debtor is unable to comply with the provisions of Local Rule 3022-1, the Debtor shall file a report within ninety (90) days from the date of this Order of Confirmation, setting the progress made in consummating the Plan. The report shall include: (1) a statement of distribution by class, name of creditor, date of distribution, and amount paid; (2) a statement of transfer of property; and (3) a statement of affirmation that the Debtor has substantially complied with the provisions of the confirmed Plan.

7.      The Debtor's case will remain open until entry of a final decree. While the case remains open, and in accordance with the terms of the Plan, as modified herein, Debtor will continue to file quarterly post-confirmation operating reports. The Debtor's obligation to file quarterly post-confirmation operating reports terminates upon the entry of a Final Decree.

---

[1] Pursuant to Local Rule 3020-1(c)(1) – a schedule summarizing the timing and amount of payments to be made to each class of creditors entitled to receive distributions under the Plan is attached hereto as **Exhibit "1"**.

8.      The Court retains jurisdiction for any and all matters that may come before the Court in the administration of the Plan, as modified herein (including, without limitation, actions as to those matters contemplated by the Plan) and pursuant to the Order of Confirmation, specifically including, but not limited to, the jurisdiction to determine all objections that have heretofore been or may be filed to claims of creditors; to fix and award all compensation to parties who may be so entitled; to hear and determine all questions concerning the assets or property of the Debtor, including any questions relating to any sums of money, services, or property due to the Debtor; and determine all matters of any nature or type necessary or appropriate to carry out the Plan.

9.      **A Post-Confirmation Status Conference has been scheduled before the Honorable Tiffany P. Geyer for April 17, 2024 at 2:00 p.m. at the George C. Young United States Courthouse, 400 West Washington Street, Courtroom 6A, 6th Floor, Orlando, Florida 32801**.

###

Attorney Justin M. Luna is directed to serve a copy of this order on all interested parties and file a proof of service within three (3) days of entry of the order.

# EXHIBIT 1

Approximate Distribution Schedule

| | |
|---|---|
| Class 1 | TBD |
| Class 2 | TBD |
| Class 3 | TBD |
| Class 4 | TBD |
| Class 5 | $300,000.00 on the Effective Date. |
| Class 6 | N/A |
| Administrative Claims | Paid on Effective Date or by Agreement. |
| Quarterly Trustee Fees | N/A |