## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

**EVOLUTION MICRO, LLC**

   Debtor.

_____/

**CASE NO. 6:23-bk-04081-TPG**
**CHAPTER 11**

*Subchapter V Election*

### PROOF OF SERVICE

 **I HEREBY CERTIFY** that a true copy of the **ORDER CONFIRMING CHAPTER 11 PLAN** (Doc. No. 82) has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **Evolution Micro LLC**, 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; all parties entitled to receive electronic noticing via CM/ECF; all creditors as shown on the matrix attached to the original of this pleading filed with the Court; **Subchapter V Trustee, Jerrett M. McConnell**, 6100 Greenland Road, Unit 603, Jacksonville, Florida 32258;  and the **U.S. Trustee, c/o Bryan E. Buenaventura**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, bryan.buenaventura@usdoj.gov; this 8th day of January, 2024.

   /s/ Justin M. Luna
   **Justin M. Luna, Esq.**
   Florida Bar No. 0037131
   jluna@lathamluna.com
   **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
   201 S. Orange Ave., Suite 1400
   Orlando, Florida 32801
   Telephone: 407-481-5800
   Facsimile:  407-481-5801
   *Attorney for the  Debtor*