| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04081-TPG<br>Middle District of Florida<br>Orlando<br>Mon Jan  8 13:51:40 EST 2024 | Amazon<br>410 Terry Ave N.<br>Seattle, WA 98109-5210 | Amazon.com Services LLC<br>c/o K&L Gates LLP<br>Attn:  Brian Peterson<br>925 Fourth Avenue Suite 2900<br>Seattle, WA 98104-1158 |
| American Express Business<br>Platinum<br>200 Vesey Street<br>New York, NY 10285-1000 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Becket & Lee (BS))<br> PO Box 3002 Dept MVS<br>Malvern, PA 19355-0702 |
| Bryan E Buenaventura<br>DOJ-Ust<br>400 West Washington Street<br>Ste 1100<br>Orlando, FL 32801-2210 | Cadence Bank<br>c/o The Stark Firm PLLC<br>3017 Bolling Way NE<br>Atlanta, GA 30305-2205 | Cadence Bank<br>c/o Jessica Ehrlich<br>The Stark Firm PLLC<br>3017 Bolling Way NE<br>Atlanta, GA 30305-2205 |
| Cadence Bank, N.A.<br>201 S. Spring St.<br>Tupelo, MS 38804-4811 | Cadence Bank, fna BancorpSouth Bank, sm Cade<br>PO Box 4360<br>Tupelo, MS 38803-4360 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Spark Business<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 | Capital One Venture X Business<br>1680 Capital Drive<br>Mc Lean, VA 22102-3407 | CitiBusiness/AAdvantage Platinum<br>388-390 Greenwich St.<br>New York, NY 10285-0001 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Jessica Deborah Ehrlich<br>Stark Firm PLLC<br>3017 Bolling Way NE<br>Atlanta, GA 30305-2205 | Evolution Micro LLC<br>210 Springview Commerce Dr.<br>Unit 120<br>Debary, FL 32713-4845 |
| FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0702 | Fazleabbas Khaki<br>210 Springview Commerce Dr.<br>Unit 120<br>Debary, FL 32713-4845 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | (p)FUNDING CIRCLE<br>707 17TH STREET<br>SUITE 2200<br>DENVER CO 80202-3404 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Justin M Luna<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Jerrett M McConnell<br>McConnell Law Group, P.A.<br>6100 Greenland Road, Unit 603<br>Jacksonville, FL 32258-7436 |
| Secured Lender Solutions<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | U.S. Small Business Admin.<br>409 3rd Street S.W.<br>Washington, DC 20416-0005 | U.S. Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7543 |

| | | |
|---|---|---|
| United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4602 | Wells Fargo Bank, N.A.<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 |
| Wells Fargo Bank, N.A.<br>Attn.: Kimberly Park (MACF0005-055)<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| De Lage Landen Financial Service<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Funding Circle<br>707 17th Street<br>Suite 2200<br>Denver, CO 80202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (d)Jerrett M McConnell<br>McConnell Law Group, P.A.<br>6100 Greenland Road, Unit 603<br>Jacksonville, FL 32258-7436 | End of Label Matrix<br>Mailable recipients   33<br>Bypassed recipients    2<br>Total                 35 |