**UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re:

**EVOLUTION MICRO, LLC**

CASE NO. 6:23-bk-04081-TPG
CHAPTER 11

   Debtor.

*Subchapter V Election*

_____/

**OBJECTION TO ALLOWANCE
OF CLAIM NO. 8 FILED BY AMAZON.COM SERVICES, LLC**

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

      **EVOLUTION MICRO, LLC** (the "Debtor"), by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 502, 547 and 550, of the United State Bankruptcy Code (the "Bankruptcy Code"), Local Rule 2002-4, and Federal Rules of Bankruptcy Procedure 3007 and 9014, (the "Bankruptcy Rules"), hereby submits this Objection (the "Objection") to Claim No. 8 (the "Claim") filed by **Amazon.com Services, LLC** ("Amazon"), and in support states as follows:

**Jurisdiction**

1. This Court has jurisdiction over the Objection pursuant to 28 U.S.C. § 1334 and 11 U.S.C. §§ 502, 547, and 550.

2. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b) and is a contested matter governed by Federal Rules of Bankruptcy Procedure 3007 and 9014. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On December 8, 2023, Amazon filed Claim No. 8 (the "Claim") in the amount of $118,273.89. Amazon states the claim is unsecured and the basis of the Claim is "amounts owed pursuant to Business Solutions Agreement."

4. Amazon alleges the Debtor is bound by a Business Solutions Agreement ("BSA"), which requires Debtor to remit to Amazon certain fees, taxes, and other amounts.

5. Amazon alleges that Debtor has a negative balance of $118,273.89 for undisclosed fees, charges, and expenses owed under the terms of the BSA. Amazon fails to attach the BSA or an itemization of the alleged fees, charges, and expenses owed.

6. Amazon further alleges that the BSA is an executory contract, but the Debtor disputes that characterization. The Debtor did not list the BSA on its schedules.

7. Moreover, prior to the Petition Date, Amazon froze all of the Debtor's inventory alleging a small portion was flagged as "fraudulent" which the Debtor disputed. The Debtor tried vigorously to quickly resolve this issue with Amazon, but Amazon ignored or otherwise would not address this issue with the Debtor. While attempting to resolve the issues with Amazon, Debtor received computerized responses about an online meeting to discuss with Amazon at 3:00 a.m. local time. When the Debtor attempted to login, the Debtor was not permitted to access the online meeting. It appears the only attempt to resolve this issue was completely fabricated.

**Legal Standard and Claim Objection**

8.      Section 502(a) of the Bankruptcy Code provides a proof of claim is presumed valid until an interested party files an objection. Once an objection is filed, the burden of proof shifts to the objecting party, usually a debtor or a trustee, to rebut the prima facie validity of the claim.[1] The burden of proof is on the objecting party to produce evidence equivalent in probative value to that of the creditor to rebut the prima facie effect of the proof of claim. "The ultimate burden of persuasion is always on the claimant."[2]

9.      Debtor objects to Amazon's Claim for multiple reasons. First, Amazon provides no supporting documentation for its Claim. Amazon fails to provide the BSA, proof that Debtor signed and executed the BSA, nor does Amazon articulate the alleged fees, charges, and expenses owed.

10.     Bankruptcy Rule 3001(c)(1) provides that when a claim is based on a writing, a copy of the writing shall be filed with the proof of claim. Amazon has failed to establish the prima facie validity of the Claim.

11.     Additionally, to the extent Amazon has a claim against the Debtor, such claim is set off own by its own misconduct. Debtor's primary reason for filing bankruptcy is because Amazon froze the Debtor's inventory with little to no explanation. The Debtor repeatedly tried to request information from Amazon and release its inventory. Amazon essentially ignored the Debtor and held the Debtor's inventory hostage. Amazon's improper actions resulted in a significant loss of business income and other damages. The Debtor plans to file an adversary complaint against Amazon relating to such misconduct.

12.     For the foregoing reasons, Amazon's Claim must be disallowed in its entirety.

---

1 *In re Eddy*, 572 B.R. 774, 778-79 (Bankr. M.D. Fla. 2017).
2 *In re Holm,* 931 F.2d 620, 623 (9th Cir. 1991) (citing 3 L. King, COLLIER ON BANKRUPTCY §502.02, at 502-22 (15th ed. 1991) (footnotes omitted).

**WHEREFORE**, Debtor respectfully requests the Court enter an order: (i) disallowing the claim of Amazon in its entirety, and (ii) granting such additional and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 24th day of January, 2024.

>/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
**Benjamin R. Taylor, Esq.**
Florida Bar No. 1024101
btaylor@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**EVOLUTION MICRO, LLC**

CASE NO. 6:23-bk-04081-TPG
CHAPTER 11

            Debtor.                                                     *Subchapter V Election*

_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the forgoing has been furnished either electronically or by U.S. First Class, postage prepaid mail to: **Evolution Micro, LLC**, 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; all parties entitled to receive electronic noticing via CM/ECF; **Amazon.com Services, LLC c/o K&L Gates, LLP, Attn: Brian Peterson**, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104; **Subchapter V Trustee, Jerrett M. McConnell**, 6100 Greenland Road, Unit 603, Jacksonville, Florida 32258, trustee@mcconnelllawgroup.com; and the **Office of the U.S. Trustee**, **c/o Bryan E. Buenaventura,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, bryan.buenaventura@usdoj.gov;  this 24th day of January, 2024.

                                                                        /s/ Justin M. Luna
                                                                        Justin M. Luna, Esq.