**Case No. 6:23-bk-04081-TPG**

## B. DECLARATION OF NISMA NAYYAR

# UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>EVOLUTION MICRO, LLC<br><br>Debtor. | Case No. 6:23-bk-04081-TPG<br>Chapter 11<br><br>*Subchapter V Election* |

## DECLARATION OF NISMA NAYYAR IN SUPPORT OF AMAZON.COM SERVICES, LLC'S RESPONSE TO OBJECTION TO ALLOWANCE OF CLAIM NO. 8 BY AMAZON.COM SERVICES, LLC

Nisma Nayyar, pursuant to 28 U.S.C. § 1746, hereby certifies and declares as follows:

1. I am a Risk Manager at Amazon.com, Inc. ("Amazon"). Amazon.com Inc. is the parent company of Amazon.com Services, LLC, which filed proof of claim No. 8 in the above-captioned bankruptcy case (the "Bankruptcy Case") of Evolution Micro, LLC (the "Debtor"). I have been employed by Amazon for more than seven years. I am over the age of eighteen, I am competent to testify, and I have personal knowledge of the facts set forth herein.

2. In my role as Risk Manager for Amazon, I am familiar with Amazon's internal processes for managing sellers who operate on the Amazon.com store (the "Amazon Store"). I have also reviewed Amazon's business records and relevant portions of the Debtor's seller account history in connection with submitting this Declaration.

3. In connection with the Debtor's seller account, the Debtor agreed to participate in Amazon's "Fulfillment by Amazon" or "FBA" program. The FBA program

allows sellers to outsource warehouse storage and order fulfillment to Amazon. Amazon assists third-party sellers, including the Debtor, with the order fulfillment process, including order receipt, storage of inventory, and shipment and delivery to third-party customers who purchase the sellers' goods. In exchange for the services provided by Amazon in connection with the FBA program, Amazon is authorized to collect certain fees and charges, including distribution fees, participation fees, and additional long-term storage fees to the extent that inventory sits in Amazon warehouses for an extended period of time. Amazon deducts such fees and charges from the sellers' Amazon seller accounts.

4. On April 13, 2023, Amazon suspended the Debtor's seller account because the account was flagged as selling stolen goods. Amazon suspended the seller account according to the terms of its Business Solutions Agreement and in order to protect its interests and the interests of customers on the Amazon Store.

5. On November 3, 2023, at 12:00 p.m., the Debtor's principal, Fazleabbas Khaki, appeared for an in-person verification process with Amazon to confirm his identity and the legitimacy of the Debtor's seller account. During the interview, Mr. Khaki disclosed that the Debtor used KZ International as a supplier, and indicated that he did not know where the supplier sources their inventory. KZ International has been identified by Amazon as a seller of stolen goods and is flagged in Amazon's system. Further, the Mr. Khaki admitted that he was the owner of a separate Amazon seller account, which was previously suspended for selling stolen goods. In light of this information, the Debtor failed the verification process and Amazon declined to reinstate the Debtor's ability to sell goods on the Amazon Store.

6. As of December 5, 2023, shortly before Amazon filed proof of claim No. 8 in the Bankruptcy Case, the Debtor had a negative seller balance of -$118,273.89 for fees, charges, and expenses incurred in connection with the FBA program. Attached hereto as **Exhibit A** is a true and correct copy of itemized charges to the Debtor's seller account from April 28, 2023 to December 5, 2023.

7. The charges include, but are not limited to, FBA removal fees for returning the seller's inventory at their request and charges for refunds where the Debtor's customers have obtained refunds in relation to returns or otherwise. The most significant charges were for FBA storage fees, including monthly storage charges of $13,599.11 on May 7, 2023; $16,080.62 on June 7, 2023; $15,933.63 on July 8, 2023; $16,053.05 on August 8, 2023; $16,006.78 on September 8, 2023; $15,541.46 on October 8, 2023; and $26,617.47 on November 8, 2023.

8. Amazon has continued to store the Debtor's inventory during this Bankruptcy Case. In addition, as reflected on Exhibit A, FBA fees, including storage charges, continued to accrue in connection with the Debtor's seller account after Amazon.com Services, LLC filed its proof of claim No. 8 in the Bankruptcy Case. In particular, there was a charge of $26,103.17 for storage fees on December 8, 2023.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 22nd day of February, 2024, at Dallas, Texas.

DocuSigned by:
*Nsma Nayyar*
EBD1826E94184AE...

Nisma Nayyar

# Exhibit A

| transaction_order | currency_code | amount | remaining_balance | day_of_event | event_type |
|---|---|---|---|---|---|
| 89536 | USD | $ (240.73) | $ (144,617.79) | 12/8/2023 | FBAStorageBilling |
| 89535 | USD | $ (26,103.17) | $ (144,377.06) | 12/8/2023 | FBAStorageBilling |
| 89534 | USD | $ - | $ (118,273.89) | 12/5/2023 | InitiateSettlement |
| 89533 | USD | $ (60.72) | $ (118,273.89) | 11/30/2023 | Refund |
| 89532 | USD | $ - | $ (118,213.17) | 11/30/2023 | FBACustomerReturn |
| 89531 | USD | $ (55.62) | $ (118,213.17) | 11/27/2023 | FBAInventoryReimbursement |
| 89530 | USD | $ (200.26) | $ (118,157.55) | 11/23/2023 | FBAInventoryReimbursement |
| 89529 | USD | $ - | $ (117,957.29) | 11/21/2023 | InitiateSettlement |
| 89528 | USD | $ (9.48) | $ (117,957.29) | 11/19/2023 | FBAInventoryReimbursement |
| 89527 | USD | $ (25.18) | $ (117,947.81) | 11/16/2023 | FBAInventoryReimbursement |
| 89526 | USD | $ (28.88) | $ (117,922.63) | 11/15/2023 | FBAInventoryReimbursement |
| 89525 | USD | $ - | $ (117,893.75) | 11/14/2023 | FBACustomerReturn |
| 89524 | USD | $ (55.41) | $ (117,893.75) | 11/13/2023 | FBAInventoryReimbursement |
| 89523 | USD | $ (60.72) | $ (117,838.34) | 11/13/2023 | Refund |
| 89522 | USD | $ (151.08) | $ (117,777.62) | 11/8/2023 | FBAInventoryReimbursement |
| 89521 | USD | $ (26,617.47) | $ (117,626.54) | 11/8/2023 | FBAStorageBilling |
| 89520 | USD | $ (9.48) | $ (91,009.07) | 11/8/2023 | FBAInventoryReimbursement |
| 89519 | USD | $ (25.57) | $ (90,999.59) | 11/8/2023 | FBARemoval |
| 89518 | USD | $ (32.13) | $ (90,974.02) | 11/8/2023 | FBARemoval |
| 89517 | USD | $ (22.59) | $ (90,941.89) | 11/8/2023 | FBARemoval |
| 89516 | USD | $ (199.67) | $ (90,919.30) | 11/8/2023 | FBARemoval |
| 89515 | USD | $ - | $ (90,719.63) | 11/7/2023 | InitiateSettlement |
| 89514 | USD | $ (9.48) | $ (90,719.63) | 11/7/2023 | FBAInventoryReimbursement |
| 89513 | USD | $ (9.31) | $ (90,710.15) | 11/7/2023 | FBAInventoryReimbursement |
| 89512 | USD | $ (9.48) | $ (90,700.84) | 10/30/2023 | FBAInventoryReimbursement |
| 89511 | USD | $ (10.73) | $ (90,691.36) | 10/29/2023 | FBAInventoryReimbursement |
| 89510 | USD | $ - | $ (90,680.63) | 10/24/2023 | InitiateSettlement |
| 89509 | USD | $ (488.51) | $ (90,680.63) | 10/19/2023 | FBAInventoryReimbursement |
| 89508 | USD | $ - | $ (90,192.12) | 10/19/2023 | Refund |

| | | | | | |
|---|---|---|---|---|---|
| 89507 | USD | $ (35.20) | $ (90,192.12) | 10/13/2023 | FBAInventoryReimbursement |
| 89506 | USD | $ (488.51) | $ (90,156.92) | 10/12/2023 | FBAInventoryReimbursement |
| 89505 | USD | $ (488.51) | $ (89,668.41) | 10/12/2023 | FBAInventoryReimbursement |
| 89504 | USD | $ (488.51) | $ (89,179.90) | 10/12/2023 | FBAInventoryReimbursement |
| 89503 | USD | $ (488.51) | $ (88,691.39) | 10/12/2023 | FBAInventoryReimbursement |
| 89502 | USD | $ (55.41) | $ (88,202.88) | 10/11/2023 | FBAInventoryReimbursement |
| 89501 | USD | $ - | $ (88,147.47) | 10/10/2023 | InitiateSettlement |
| 89500 | USD | $ (12.49) | $ (88,147.47) | 10/9/2023 | FBAInventoryReimbursement |
| 89499 | USD | $ (15,541.46) | $ (88,134.98) | 10/8/2023 | FBAStorageBilling |
| 89498 | USD | $ (279.03) | $ (72,593.52) | 10/7/2023 | FBAInventoryReimbursement |
| 89497 | USD | $ (60.09) | $ (72,314.49) | 10/4/2023 | FBAInventoryReimbursement |
| 89496 | USD | $ - | $ (72,254.40) | 9/26/2023 | InitiateSettlement |
| 89495 | USD | $ (60.72) | $ (72,254.40) | 9/21/2023 | Refund |
| 89494 | USD | $ - | $ (72,193.68) | 9/21/2023 | FBACustomerReturn |
| 89493 | USD | $ 13.09 | $ (72,193.68) | 9/20/2023 | Shipment |
| 89492 | USD | $ - | $ (72,206.77) | 9/18/2023 | FBACustomerReturn |
| 89491 | USD | $ (33.70) | $ (72,206.77) | 9/14/2023 | Refund |
| 89490 | USD | $ - | $ (72,173.07) | 9/12/2023 | InitiateSettlement |
| 89489 | USD | $ (36.90) | $ (72,173.07) | 9/11/2023 | FBAInventoryReimbursement |
| 89488 | USD | $ (31.96) | $ (72,136.17) | 9/9/2023 | Refund |
| 89487 | USD | $ (16,006.78) | $ (72,104.21) | 9/8/2023 | FBAStorageBilling |
| 89486 | USD | $ (9.31) | $ (56,097.43) | 9/7/2023 | FBAInventoryReimbursement |
| 89485 | USD | $ (14.69) | $ (56,088.12) | 9/6/2023 | FBAInventoryReimbursement |
| 89484 | USD | $ (10.73) | $ (56,073.43) | 9/5/2023 | FBAInventoryReimbursement |
| 89483 | USD | $ (167.11) | $ (56,062.70) | 9/5/2023 | FBAInventoryReimbursement |
| 89482 | USD | $ (55.41) | $ (55,895.59) | 9/2/2023 | FBAInventoryReimbursement |
| 89481 | USD | $ (14.69) | $ (55,840.18) | 8/31/2023 | FBAInventoryReimbursement |
| 89480 | USD | $ (167.11) | $ (55,825.49) | 8/31/2023 | FBAInventoryReimbursement |

| | | | | | |
|---|---|---|---|---|---|
| 89479 | USD | $ - | $ (55,658.38) | 8/29/2023 | InitiateSettlement |
| 89478 | USD | $ (8.48) | $ (55,658.38) | 8/27/2023 | FBAInventoryReimbursement |
| 89477 | USD | $ (1,621.04) | $ (55,649.90) | 8/25/2023 | Refund |
| 89476 | USD | $ (74.39) | $ (54,028.86) | 8/23/2023 | FBAInventoryReimbursement |
| 89475 | USD | $ (74.39) | $ (53,954.47) | 8/21/2023 | FBAInventoryReimbursement |
| 89474 | USD | $ (74.07) | $ (53,880.08) | 8/21/2023 | FBAInventoryReimbursement |
| 89473 | USD | $ (70.98) | $ (53,806.01) | 8/19/2023 | FBAInventoryReimbursement |
| 89472 | USD | $ - | $ (53,735.03) | 8/15/2023 | InitiateSettlement |
| 89471 | USD | $ (70.39) | $ (53,735.03) | 8/11/2023 | Refund |
| 89470 | USD | $ - | $ (53,664.64) | 8/11/2023 | FBACustomerReturn |
| 89469 | USD | $ (115.95) | $ (53,664.64) | 8/10/2023 | FBAInventoryReimbursement |
| 89468 | USD | $ (1.72) | $ (53,548.69) | 8/10/2023 | MiscellaneousLedgerAdjustment |
| 89467 | USD | $ (36.25) | $ (53,546.97) | 8/9/2023 | FBAInventoryReimbursement |
| 89466 | USD | $ (16,053.05) | $ (53,510.72) | 8/8/2023 | FBAStorageBilling |
| 89465 | USD | $ (10.78) | $ (37,457.67) | 8/8/2023 | FBAInventoryReimbursement |
| 89464 | USD | $ - | $ (37,446.89) | 8/4/2023 | Refund |
| 89463 | USD | $ (116.35) | $ (37,446.89) | 8/3/2023 | FBAInventoryReimbursement |
| 89462 | USD | $ 7.57 | $ (37,330.54) | 8/1/2023 | Shipment |
| 89461 | USD | $ - | $ (37,338.11) | 8/1/2023 | InitiateSettlement |
| 89460 | USD | $ (52.36) | $ (37,338.11) | 7/31/2023 | Refund |
| 89459 | USD | $ (116.35) | $ (37,285.75) | 7/31/2023 | FBAInventoryReimbursement |
| 89458 | USD | $ (115.42) | $ (37,169.40) | 7/30/2023 | FBAInventoryReimbursement |
| 89457 | USD | $ (0.55) | $ (37,053.98) | 7/26/2023 | FBAWarehousePrep |
| 89456 | USD | $ (134.95) | $ (37,053.43) | 7/23/2023 | FBAInventoryReimbursement |
| 89455 | USD | $ - | $ (36,918.48) | 7/23/2023 | Refund |
| 89454 | USD | $ - | $ (36,918.48) | 7/18/2023 | InitiateSettlement |
| 89453 | USD | $ (21.65) | $ (36,918.48) | 7/16/2023 | Refund |
| 89452 | USD | $ - | $ (36,896.83) | 7/15/2023 | FBACustomerReturn |
| 89451 | USD | $ (134.95) | $ (36,896.83) | 7/15/2023 | FBAInventoryReimbursement |
| 89450 | USD | $ - | $ (36,761.88) | 7/14/2023 | RetroChargeRefund |
| 89449 | USD | $ (654.35) | $ (36,761.88) | 7/14/2023 | Refund |

| | | | | |
|---|---|---|---|---|
| 89448 USD | $ - | $ (36,107.53) | 7/13/2023 | FBACustomerReturn |
| 89447 USD | $ (612.20) | $ (36,107.53) | 7/13/2023 | Refund |
| 89446 USD | $ (60.72) | $ (35,495.33) | 7/13/2023 | Refund |
| 89445 USD | $ - | $ (35,434.61) | 7/13/2023 | FBACustomerReturn |
| 89444 USD | $ (52.85) | $ (35,434.61) | 7/11/2023 | FBAInventoryReimbursement |
| 89443 USD | $ (120.17) | $ (35,381.76) | 7/9/2023 | FBAInventoryReimbursement |
| 89442 USD | $ (0.55) | $ (35,261.59) | 7/9/2023 | FBAWarehousePrep |
| 89441 USD | $ (15,933.63) | $ (35,261.04) | 7/8/2023 | FBAStorageBilling |
| 89440 USD | $ (14.69) | $ (19,327.41) | 7/7/2023 | FBAInventoryReimbursement |
| 89439 USD | $ - | $ (19,312.72) | 7/4/2023 | DebtOffset |
| 89438 USD | $ - | $ (19,312.72) | 7/4/2023 | DebtOffset |
| 89437 USD | $ - | $ (19,312.72) | 7/4/2023 | InitiateSettlement |
| 89436 USD | $ (192.09) | $ (19,312.72) | 7/3/2023 | FBAInventoryReimbursement |
| 89435 USD | $ - | $ (19,120.63) | 7/3/2023 | RetroChargeRefund |
| 89434 USD | $ (60.09) | $ (19,120.63) | 7/3/2023 | FBAInventoryReimbursement |
| 89433 USD | $ (9.31) | $ (19,060.54) | 7/2/2023 | FBAInventoryReimbursement |
| 89432 USD | $ - | $ (19,051.23) | 7/1/2023 | Retrocharge |
| 89431 USD | $ (4.22) | $ (19,051.23) | 6/28/2023 | FBAInventoryReimbursement |
| 89430 USD | $ (602.99) | $ (19,047.01) | 6/28/2023 | Refund |
| 1443 USD | $ (5,372.33) | $ - | 6/27/2023 | MiscellaneousLedgerAdjustment |
| 89429 USD | $ 5,372.33 | $ (18,444.02) | 6/27/2023 | MiscellaneousLedgerAdjustment |
| 89428 USD | $ (52.85) | $ (23,816.35) | 6/26/2023 | FBAInventoryReimbursement |
| 89427 USD | $ (52.85) | $ (23,763.50) | 6/24/2023 | FBAInventoryReimbursement |
| 89426 USD | $ (324.39) | $ (23,710.65) | 6/23/2023 | FBAInventoryReimbursement |
| 89425 USD | $ (530.43) | $ (23,386.26) | 6/22/2023 | FBAInventoryReimbursement |
| 89424 USD | $ (70.98) | $ (22,855.83) | 6/21/2023 | FBAInventoryReimbursement |
| 89423 USD | $ (391.39) | $ (22,784.85) | 6/21/2023 | Refund |
| 89422 USD | $ (391.39) | $ (22,393.46) | 6/21/2023 | Refund |
| 89421 USD | $ (391.39) | $ (22,002.07) | 6/21/2023 | Refund |

| ID | Currency | Amount | Balance | Date | Type |
|---|---|---|---|---|---|
| 89420 | USD | $ (391.39) | $ (21,610.68) | 6/20/2023 | Refund |
| 89419 | USD | $ - | $ (21,219.29) | 6/20/2023 | InitiateSettlement |
| 89418 | USD | $ (4.29) | $ (21,219.29) | 6/20/2023 | FBAInventoryReimbursement |
| 89417 | USD | $ (313.88) | $ (21,215.00) | 6/19/2023 | Refund |
| 89416 | USD | $ - | $ (20,901.12) | 6/17/2023 | Retrocharge |
| 89415 | USD | $ - | $ (20,901.12) | 6/17/2023 | Retrocharge |
| 89414 | USD | $ - | $ (20,901.12) | 6/17/2023 | FBACustomerReturn |
| 89413 | USD | $ (52.85) | $ (20,901.12) | 6/17/2023 | FBAInventoryReimbursement |
| 89412 | USD | $ (9.48) | $ (20,848.27) | 6/17/2023 | FBAInventoryReimbursement |
| 89411 | USD | $ - | $ (20,838.79) | 6/15/2023 | Retrocharge |
| 89410 | USD | $ (73.92) | $ (20,838.79) | 6/14/2023 | Refund |
| 89409 | USD | $ - | $ (20,764.87) | 6/11/2023 | Retrocharge |
| 89408 | USD | $ (52.55) | $ (20,764.87) | 6/11/2023 | FBAInventoryReimbursement |
| 89407 | USD | $ - | $ (20,712.32) | 6/10/2023 | FBACustomerReturn |
| 89406 | USD | $ - | $ (20,712.32) | 6/10/2023 | FBACustomerReturn |
| 89405 | USD | $ (110.00) | $ (20,712.32) | 6/9/2023 | Refund |
| 89404 | USD | $ (18.67) | $ (20,602.32) | 6/8/2023 | FBAInventoryReimbursement |
| 89403 | USD | $ (53.63) | $ (20,583.65) | 6/8/2023 | FBAInventoryReimbursement |
| 89402 | USD | $ (16,080.62) | $ (20,530.02) | 6/7/2023 | FBAStorageBilling |
| 89401 | USD | $ (52.85) | $ (4,449.40) | 6/7/2023 | FBAInventoryReimbursement |
| 89400 | USD | $ (52.58) | $ (4,396.55) | 6/7/2023 | FBAInventoryReimbursement |
| 89399 | USD | $ - | $ (4,343.97) | 6/6/2023 | InitiateSettlement |
| 89398 | USD | $ (60.09) | $ (4,343.97) | 6/5/2023 | FBAInventoryReimbursement |
| 89397 | USD | $ - | $ (4,283.88) | 6/3/2023 | Retrocharge |
| 89396 | USD | $ - | $ (4,283.88) | 6/2/2023 | Retrocharge |
| 89395 | USD | $ (28.88) | $ (4,283.88) | 5/27/2023 | FBAInventoryReimbursement |
| 89394 | USD | $ - | $ (4,255.00) | 5/26/2023 | FBACustomerReturn |
| 89393 | USD | $ - | $ (4,255.00) | 5/24/2023 | Retrocharge |
| 2325 | CAD | $ 9.85 | $ - | 5/24/2023 | DebtPayment |
| 2324 | CAD | $ 28.11 | $ (9.85) | 5/24/2023 | DebtPayment |
| 89392 | USD | $ - | $ (4,255.00) | 5/23/2023 | FBACustomerReturn |
| 89391 | USD | $ - | $ (4,255.00) | 5/23/2023 | InitiateSettlement |

| | | | | | |
|---|---|---|---|---|---|
| 89390 USD | $ | (769.99) | $ | (4,255.00) | 5/23/2023 Refund |
| 89389 USD | $ | - | $ | (3,485.01) | 5/22/2023 Refund |
| 89388 USD | $ | (16.58) | $ | (3,485.01) | 5/22/2023 MiscellaneousLedgerAdjustment |
| 89387 USD | $ | (79.19) | $ | (3,468.43) | 5/21/2023 Refund |
| 89386 USD | $ | (99.43) | $ | (3,389.24) | 5/21/2023 Refund |
| 89385 USD | $ | - | $ | (3,289.81) | 5/21/2023 FBACustomerReturn |
| 89384 USD | $ | - | $ | (3,289.81) | 5/21/2023 FBACustomerReturn |
| 89383 USD | $ | - | $ | (3,289.81) | 5/21/2023 FBACustomerReturn |
| 89382 USD | $ | - | $ | (3,289.81) | 5/19/2023 Retrocharge |
| 89381 USD | $ | (399.68) | $ | (3,289.81) | 5/19/2023 Refund |
| 89380 USD | $ | - | $ | (2,890.13) | 5/19/2023 FBACustomerReturn |
| 89379 USD | $ | 18,828.44 | $ | (2,890.13) | 5/18/2023 DebtPayment |
| 89378 USD | $ | (69.25) | $ | (21,718.57) | 5/18/2023 FBAInventoryReimbursement |
| 89377 USD | $ | (60.09) | $ | (21,649.32) | 5/16/2023 FBAInventoryReimbursement |
| 89376 USD | $ | - | $ | (21,589.23) | 5/16/2023 FBACustomerReturn |
| 89375 USD | $ | (20.23) | $ | (21,589.23) | 5/16/2023 Refund |
| 89374 USD | $ | (68.71) | $ | (21,569.00) | 5/15/2023 FBAInventoryReimbursement |
| 89373 USD | $ | (726.60) | $ | (21,500.29) | 5/15/2023 Refund |
| 89372 USD | $ | (24.26) | $ | (20,773.69) | 5/14/2023 FBARemoval |
| 89371 USD | $ | (8.51) | $ | (20,749.43) | 5/14/2023 FBARemoval |
| 89370 USD | $ | (13.03) | $ | (20,740.92) | 5/14/2023 FBARemoval |
| 89369 USD | $ | (0.52) | $ | (20,727.89) | 5/14/2023 FBARemoval |
| 89368 USD | $ | (31.62) | $ | (20,727.37) | 5/14/2023 FBARemoval |
| 89367 USD | $ | (29.63) | $ | (20,695.75) | 5/14/2023 FBARemoval |
| 89366 USD | $ | (4.91) | $ | (20,666.12) | 5/14/2023 FBARemoval |
| 89365 USD | $ | (11.03) | $ | (20,661.21) | 5/14/2023 FBARemoval |
| 89364 USD | $ | (14.18) | $ | (20,650.18) | 5/14/2023 FBARemoval |
| 89363 USD | $ | (21.12) | $ | (20,636.00) | 5/14/2023 FBARemoval |
| 89362 USD | $ | (29.32) | $ | (20,614.88) | 5/14/2023 FBARemoval |
| 89361 USD | $ | (11.66) | $ | (20,585.56) | 5/14/2023 FBARemoval |
| 89360 USD | $ | (5.05) | $ | (20,573.90) | 5/14/2023 FBARemoval |
| 89359 USD | $ | (13.55) | $ | (20,568.85) | 5/14/2023 FBARemoval |
| 89358 USD | $ | (28.36) | $ | (20,555.30) | 5/14/2023 FBARemoval |
| 89357 USD | $ | (2.14) | $ | (20,526.94) | 5/14/2023 FBARemoval |
| 89356 USD | $ | (2.89) | $ | (20,524.80) | 5/14/2023 FBARemoval |
| 89355 USD | $ | (8.51) | $ | (20,521.91) | 5/14/2023 FBARemoval |
| 89354 USD | $ | (10.11) | $ | (20,513.40) | 5/14/2023 FBARemoval |

| | | | | | |
|---|---|---|---|---|---|
| 89353 | USD | $ | (21.74) | $ (20,503.29) | 5/14/2023 FBARemoval |
| 89352 | USD | $ | (18.59) | $ (20,481.55) | 5/14/2023 FBARemoval |
| 89351 | USD | $ | (11.66) | $ (20,462.96) | 5/14/2023 FBARemoval |
| 89350 | USD | $ | (8.51) | $ (20,451.30) | 5/14/2023 FBARemoval |
| 89349 | USD | $ | (39.38) | $ (20,442.79) | 5/14/2023 FBARemoval |
| 89348 | USD | $ | (14.81) | $ (20,403.41) | 5/14/2023 FBARemoval |
| 89347 | USD | $ | (0.52) | $ (20,388.60) | 5/14/2023 FBARemoval |
| 89346 | USD | $ | (12.92) | $ (20,388.08) | 5/14/2023 FBARemoval |
| 89345 | USD | $ | (7.40) | $ (20,375.16) | 5/14/2023 FBARemoval |
| 89344 | USD | $ | (24.26) | $ (20,367.76) | 5/14/2023 FBARemoval |
| 89343 | USD | $ | (8.51) | $ (20,343.50) | 5/14/2023 FBARemoval |
| 89342 | USD | $ | (4.80) | $ (20,334.99) | 5/14/2023 FBARemoval |
| 89341 | USD | $ | (9.77) | $ (20,330.19) | 5/14/2023 FBARemoval |
| 89340 | USD | $ | (2.89) | $ (20,320.42) | 5/14/2023 FBARemoval |
| 89339 | USD | $ | (14.81) | $ (20,317.53) | 5/14/2023 FBARemoval |
| 89338 | USD | $ | (48.20) | $ (20,302.72) | 5/14/2023 FBARemoval |
| 89337 | USD | $ | (37.49) | $ (20,254.52) | 5/14/2023 FBARemoval |
| 89336 | USD | $ | (10.29) | $ (20,217.03) | 5/14/2023 FBARemoval |
| 89335 | USD | $ | (2.14) | $ (20,206.74) | 5/14/2023 FBARemoval |
| 89334 | USD | $ | (14.18) | $ (20,204.60) | 5/14/2023 FBARemoval |
| 89333 | USD | $ | (2.14) | $ (20,190.42) | 5/14/2023 FBARemoval |
| 89332 | USD | $ | (2.66) | $ (20,188.28) | 5/14/2023 FBARemoval |
| 89331 | USD | $ | (2.89) | $ (20,185.62) | 5/14/2023 FBARemoval |
| 89330 | USD | $ | (60.72) | $ (20,182.73) | 5/14/2023 Refund |
| 89329 | USD | $ | - | $ (20,122.01) | 5/14/2023 FBACustomerReturn |
| 89328 | USD | $ | - | $ (20,122.01) | 5/14/2023 FBACustomerReturn |
| 89327 | USD | $ | (55.41) | $ (20,122.01) | 5/14/2023 FBAInventoryReimbursement |
| 89326 | USD | $ | - | $ (20,066.60) | 5/14/2023 FBACustomerReturn |
| 89325 | USD | $ | (769.99) | $ (20,066.60) | 5/12/2023 Refund |
| 89324 | USD | $ | (12.23) | $ (19,296.61) | 5/12/2023 Refund |
| 89323 | USD | $ | (120.70) | $ (19,284.38) | 5/12/2023 Refund |
| 89322 | USD | $ | - | $ (19,163.68) | 5/12/2023 Refund |
| 89321 | USD | $ | (10.12) | $ (19,163.68) | 5/11/2023 Refund |
| 89320 | USD | $ | 8.29 | $ (19,153.56) | 5/10/2023 MiscellaneousLedgerAdjustment |
| 89319 | USD | $ | - | $ (19,161.85) | 5/10/2023 FBACustomerReturn |
| 89318 | USD | $ | - | $ (19,161.85) | 5/10/2023 FBACustomerReturn |
| 89317 | USD | $ | (315.40) | $ (19,161.85) | 5/10/2023 Refund |
| 89316 | USD | $ | (18.01) | $ (18,846.45) | 5/10/2023 Refund |
| 89315 | USD | $ | - | $ (18,828.44) | 5/9/2023 Retrocharge |

| ID | Currency | Amount | Balance | Date | Type |
|---|---|---:|---:|---|---|
| 89314 | USD | $ - | $ (18,828.44) | 5/9/2023 | InitiateSettlement |
| 89313 | USD | $ (399.68) | $ (18,828.44) | 5/9/2023 | Refund |
| 89312 | USD | $ - | $ (18,428.76) | 5/9/2023 | FBACustomerReturn |
| 89311 | USD | $ - | $ (18,428.76) | 5/9/2023 | FBACustomerReturn |
| 89310 | USD | $ (399.68) | $ (18,428.76) | 5/9/2023 | Refund |
| 89309 | USD | $ (145.08) | $ (18,029.08) | 5/9/2023 | Refund |
| 89308 | USD | $ - | $ (17,884.00) | 5/9/2023 | FBACustomerReturn |
| 89307 | USD | $ (12.23) | $ (17,884.00) | 5/8/2023 | Refund |
| 89306 | USD | $ - | $ (17,871.77) | 5/8/2023 | RetroChargeRefund |
| 89305 | USD | $ - | $ (17,871.77) | 5/8/2023 | Retrocharge |
| 89304 | USD | $ - | $ (17,871.77) | 5/8/2023 | FBACustomerReturn |
| 89303 | USD | $ (13,599.11) | $ (17,871.77) | 5/7/2023 | FBAStorageBilling |
| 89302 | USD | $ (296.41) | $ (4,272.66) | 5/7/2023 | FBAInventoryReimbursement |
| 89301 | USD | $ (296.41) | $ (3,976.25) | 5/7/2023 | FBAInventoryReimbursement |
| 89300 | USD | $ (12.23) | $ (3,679.84) | 5/7/2023 | Refund |
| 89299 | USD | $ 207.35 | $ (3,667.61) | 5/6/2023 | Shipment |
| 89298 | USD | $ (70.39) | $ (3,874.96) | 5/6/2023 | Refund |
| 89297 | USD | $ (10.12) | $ (3,804.57) | 5/5/2023 | Refund |
| 89296 | USD | $ - | $ (3,794.45) | 5/5/2023 | FBACustomerReturn |
| 89295 | USD | $ - | $ (3,794.45) | 5/5/2023 | FBACustomerReturn |
| 89294 | USD | $ (296.41) | $ (3,794.45) | 5/5/2023 | FBAInventoryReimbursement |
| 89293 | USD | $ - | $ (3,498.04) | 5/5/2023 | FBACustomerReturn |
| 89292 | USD | $ 24.35 | $ (3,498.04) | 5/4/2023 | Shipment |
| 89291 | USD | $ (12.23) | $ (3,522.39) | 5/4/2023 | Refund |
| 89290 | USD | $ 69.22 | $ (3,510.16) | 5/4/2023 | Shipment |
| 89289 | USD | $ 69.22 | $ (3,579.38) | 5/4/2023 | Shipment |
| 89288 | USD | $ (60.09) | $ (3,648.60) | 5/4/2023 | FBAInventoryReimbursement |
| 89287 | USD | $ - | $ (3,588.51) | 5/4/2023 | FBACustomerReturn |
| 89286 | USD | $ (769.99) | $ (3,588.51) | 5/4/2023 | Refund |
| 89285 | USD | $ - | $ (2,818.52) | 5/4/2023 | Refund |
| 89284 | USD | $ (399.68) | $ (2,818.52) | 5/3/2023 | Refund |
| 89283 | USD | $ (303.67) | $ (2,418.84) | 5/3/2023 | FBAInventoryReimbursement |
| 89282 | USD | $ 69.22 | $ (2,115.17) | 5/3/2023 | Shipment |
| 89281 | USD | $ (769.99) | $ (2,184.39) | 5/2/2023 | Refund |

| | | | | |
|---|---|---|---|---|
| 89280 USD | $ | (16.72) | $ (1,414.40) | 5/2/2023 Refund |
| 89279 USD | $ | (7.91) | $ (1,397.68) | 5/2/2023 FBAInventoryReimbursement |
| 89278 USD | $ | (7.91) | $ (1,389.77) | 5/2/2023 FBAInventoryReimbursement |
| 89277 USD | $ | - | $ (1,381.86) | 4/30/2023 Retrocharge |
| 89276 USD | $ | (7.91) | $ (1,381.86) | 4/30/2023 FBAInventoryReimbursement |
| 89275 USD | $ | (396.60) | $ (1,373.95) | 4/30/2023 Refund |
| 89274 USD | $ | (6.16) | $ (977.35) | 4/30/2023 Refund |
| 89273 USD | $ | (612.20) | $ (971.19) | 4/29/2023 Refund |
| 89272 USD | $ | (303.67) | $ (358.99) | 4/29/2023 FBAInventoryReimbursement |
| 89271 USD | $ | (10.12) | $ (55.32) | 4/28/2023 Refund |
| 89270 USD | $ | (46.37) | $ (45.20) | 4/28/2023 Refund |
| 89269 USD | $ | (10.56) | $ 1.17 | 4/28/2023 Refund |
| 89268 USD | $ | (311.72) | $ 11.73 | 4/28/2023 Refund |
| 89267 USD | $ | (60.72) | $ 323.45 | 4/28/2023 Refund |
| 89266 USD | $ | (595.75) | $ 384.17 | 4/28/2023 Refund |