Case No. 6:23-bk-04081-TPG

## C. DECLARATION OF BRIAN PETERSON

**UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| In re:<br><br>EVOLUTION MICRO, LLC<br><br>Debtor. | Case No. 6:23-bk-04081-TPG<br>Chapter 11<br><br>*Subchapter V Election* |

**DECLARATION OF BRIAN T. PETERSON IN SUPPORT OF AMAZON.COM SERVICES, LLC'S RESPONSE TO OBJECTION TO ALLOWANCE OF CLAIM NO. 8 BY AMAZON.COM SERVICES, LLC**

Brian T. Peterson, pursuant to 28 U.S.C. § 1746, hereby certifies and declares as follows:

1. I am a Partner at the law firm of K&L Gates LLP, counsel to Amazon.com Services, LLC. I am over the age of eighteen, I am competent to testify, and I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of an email exchange between myself and Debtor's counsel. Debtor's counsel did not respond to my email dated December 6, 2023.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 23rd day of February, 2024, at Edmonds, Washington.

*/s/ Brian T. Peterson*
Brian T. Peterson

507466804.3

# Exhibit A

# Morse, Chloe C.

**From:** Peterson, Brian T.
**Sent:** Wednesday, December 06, 2023 2:58 PM
**To:** 'Justin Luna' <jluna@lathamluna.com>
**Cc:** Benjamin Taylor <Btaylor@lathamluna.com>; Gearin, Mike <Mike.Gearin@klgates.com>; Lentz, Denise A. <Denise.Lentz@klgates.com>; Everhardt, Carly S. <Carly.Everhardt@klgates.com>
**Subject:** RE: In re Evolution Micro LLC; Case No. 6:23-bk-04081-TPG

Here is a link to the BSA:  https://sellercentral.amazon.com/help/hub/reference/external/G1791

Based on your email, we understand that the BSA will be rejected under the Plan, and Amazon will have no further obligation to perform under the BSA once the Plan goes effective. To the extent that the Debtor has inventory being stored by Amazon, will it recovering such inventory to sell via other means?

-Brian

**From:** Justin Luna <jluna@lathamluna.com>
**Sent:** Tuesday, December 05, 2023 4:57 PM
**To:** Peterson, Brian T. <Brian.Peterson@klgates.com>
**Cc:** Benjamin Taylor <Btaylor@lathamluna.com>; Gearin, Mike <Mike.Gearin@klgates.com>; Lentz, Denise A. <Denise.Lentz@klgates.com>; Everhardt, Carly S. <Carly.Everhardt@klgates.com>
**Subject:** Re: In re Evolution Micro LLC; Case No. 6:23-bk-04081-TPG

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Please send me the BSA. We are not going to sell on the platform  the plan provides that we are not filing any motion to assume 365 contracts as well.

Justin M. Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
(407) 481-5804
jluna@lathamluna.com
@orlbankruptcy
Board Certified Business Bankruptcy Attorney


> On Dec 5, 2023, at 7:49 PM, Peterson, Brian T. <Brian.Peterson@klgates.com> wrote:

To be clear, does this mean you are rejecting the BSA and ceasing all sales on the Amazon.com marketplace?

**From:** Justin Luna <jluna@lathamluna.com>
**Sent:** Tuesday, December 05, 2023 4:39 PM
**To:** Peterson, Brian T. <Brian.Peterson@klgates.com>; Benjamin Taylor <Btaylor@lathamluna.com>
**Cc:** Gearin, Mike <Mike.Gearin@klgates.com>; Lentz, Denise A. <Denise.Lentz@klgates.com>; Everhardt, Carly S. <Carly.Everhardt@klgates.com>
**Subject:** Re: In re Evolution Micro LLC; Case No. 6:23-bk-04081-TPG

We are not going to work with Amazon.  Thank you.

Justin M. Luna
***Board Certified Business Bankruptcy Specialist***
<image003.png>
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801
407-481-5804 (direct)
jluna@lathamluna.com
www.lathamluna.com
@orlbankruptcy

---

**From:** Peterson, Brian T. <Brian.Peterson@klgates.com>
**Date:** Tuesday, December 5, 2023 at 7:00 PM
**To:** Justin Luna <jluna@lathamluna.com>, Benjamin Taylor <Btaylor@lathamluna.com>
**Cc:** Gearin, Mike <Mike.Gearin@klgates.com>, Lentz, Denise A. <Denise.Lentz@klgates.com>, Everhardt, Carly S. <Carly.Everhardt@klgates.com>
**Subject:** In re Evolution Micro LLC; Case No. 6:23-bk-04081-TPG

Justin and Benjamin,

We recently became aware of the above-referenced bankruptcy case. We understand that the Debtor has a seller account with Amazon and that there is a Plan objection deadline of tomorrow.

Does the Debtor wish to continue to sell on the Amazon online marketplace? To the extent that this is the case, the Debtor will need to assume the Business Solutions Agreement ("BSA") with Amazon.com Services, LLC. It doesn't appear that the Plan proposes to assume the BSA pursuant to Section 365. Additionally, it appears that there is a negative balance in the Amazon seller account that the Debtor would need to cure in connection with such assumption.

Would it be possible to agree to an extension of the objection deadline while we try and sort these issues out?

<image004.jpg>

**Brian T. Peterson**
Partner
K&L Gates LLP
925 4th Avenue, Suite 2900

2

Seattle, WA 98104-1158
Phone: 206.370.7948
Fax: 206.370.6049
brian.peterson@klgates.com
www.klgates.com