**UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re:

                                            CASE NO. 6:23-bk-04081-TPG

**EVOLUTION MICRO, LLC**           CHAPTER 11

    Debtor.                                         *Subchapter V Election*

_____/

**OBJECTION TO ALLOWANCE
OF CLAIM NO. 6 FILED BY CAPITAL ONE N.A.**

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper, you must file a response with the Clerk of Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

**EVOLUTION MICRO, LLC** (the "Debtor"), by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 502, 547 and 550, of the United State Bankruptcy Code (the "Bankruptcy Code"), Local Rule 2002-4, and Federal Rules of Bankruptcy Procedure 3007 and 9014, (the "Bankruptcy Rules"), hereby submits this Objection (the "Objection") to Claim No. 6 (the "Claim") filed by **Capital One N.A. by American InfoSource as agent** ("Capital One"), and in support states as follows:

1

**Jurisdiction**

1. This Court has jurisdiction over the Objection pursuant to 28 U.S.C. § 1334 and 11 U.S.C. §§ 502, 547, and 550.

2. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b) and is a contested matter governed by Federal Rules of Bankruptcy Procedure 3007 and 9014. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On September 29, 2023, (the "Petition Date"), the Debtor filed its voluntary petition for reorganization under Chapter 11 of the Code. The Debtor is administering its case as debtor-in-possession.

4. On October 5, 2023, the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Fixing Deadlines* was entered by the Court (the "Claims Notice"). The Claims Notice established December 8, 2023, as the deadline to timely file proofs of claims for all creditors except governmental units (Doc. No. 16).

5. On November 9, 2023, Capital One filed, or caused to be filed, its Proof of Claim (Claim #6-1)(the "Claim") in the amount of $323,689.31. Capital One states the claim is unsecured and the basis of the Claim is referenced to be "Credit Card."

**Legal Standard and Claim Objection**

6. Debtor objects to the allowance of the Capital One Claim as such Claim is defective to the extent it fails to attach, reference, allege or include any documentation of the Debtor and any detail regarding or relating to how the claim against the Debtor was calculated or established. Rather than provided any such supporting documentation, Capital One affixes summary statements as support for the Capital One Claim; although such statements fail to lend any clarity as to how a six-figure obligation was determined to be owed by the Debtor. As a result

2

of the foregoing deficiencies, Capital One does not retain any claim against the Debtor in this Chapter 11 case, and any claim submitted by Capital One against the Debtor should be disallowed in its entirety.

7. Debtor reserves the right to amend or supplement its objection to the Capital One claim.

**WHEREFORE,** the Debtor respectfully requests the Court enter an order: (a) sustaining the Debtor's Objection; (b) disallowing the Capital One Claim (Claim 6) in full; and (c) granting such additional relief as the Court deems just and proper under the circumstances.

**RESPECTFULLY SUBMITTED** this 27th day of February 2024.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
**Benjamin R. Taylor, Esq.**
Florida Bar No. 1024101
btaylor@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**In re:**

**EVOLUTION MICRO, LLC**

**CASE NO. 6:23-bk-04081-TPG
CHAPTER 11**

    **Debtor.**                                                                 *Subchapter V Election*

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing has been furnished either electronically or by U.S. First Class, postage prepaid mail to: **Evolution Micro, LLC**, 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; all parties entitled to receive electronic noticing via CM/ECF; **Capital One N.A. c/o AIS InfoSource, LP, Attn: Harsha Somani**, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118, POC_AIS@aisinfo.com; **Subchapter V Trustee, Jerrett M. McConnell**, 6100 Greenland Road, Unit 603, Jacksonville, Florida 32258, trustee@mcconnelllawgroup.com; and the **Office of the U.S. Trustee**, **c/o Bryan E. Buenaventura,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, bryan.buenaventura@usdoj.gov;  this 27th day of February 2024.

                                        /s/ Justin M. Luna
                                        Justin M. Luna, Esq.