**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**EVOLUTION MICRO, LLC**

CASE NO. 6:23-bk-04081-TPG
CHAPTER 11

*Subchapter V Election*

**Debtor.**

_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT:**

A preliminary hearing in this case will be held before the Honorable Tiffany P. Geyer, United States Bankruptcy Judge on **Tuesday, the 12th day of March, 2024 at 11:00 a.m., at the George C. Young United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6A, Orlando, Florida 32801** to consider and act upon the following and transact such other business that may come before the court:

1. **OBJECTION TO CLAIM NO. 8 OF AMAZON.COM SERVICES, LLC (Doc. No. 84)**

The hearing may be continued upon announcement made in open Court without further notice.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances - Orlando). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

Appropriate Attire.  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at the Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Due

to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: February 28, 2024

/s/Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**Benjamin R. Taylor, Esq.**
Florida Bar No. 1024101
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**EVOLUTION MICRO, LLC**

**CASE NO. 6:23-bk-04081-TPG**
**CHAPTER 11**

*Subchapter V Election*

**Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **Evolution Micro LLC**, 210 Springview Commerce Dr., Unit 120, Debary, Florida 32713; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; **Subchapter V Trustee, Jerrett M McConnell**, 6100 Greenland Road, Unit 603, Jacksonville, Florida 32258, trustee@mcconnelllawgroup.com; and the **U.S. Trustee, c/o Bryan E. Buenaventura**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, bryan.buenaventura@usdoj.gov; this 28th day of February, 2024.

                                            /s/ Justin M. Luna
                                            **Justin M. Luna, Esq.**