[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

Dated:  April 15, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:   Case No. 6:23−bk−04081−TPG
Chapter 11

Evolution Micro LLC

_____Debtor*_____/

**ORDER GRANTING MOTION TO ALLOW REMOTE APPEARANCE BY BRIAN T. PETERSON FOR HEARING SCHEDULED FOR APRIL 17, 2024**

THIS CASE came on for consideration without a hearing of the **Motion to Allow Remote Appearance by Brian T. Peterson for Hearing Scheduled for April 17, 2024** (Doc. **105** ), filed by **Creditor Amazon.com Services LLC** .

The Court having considered the record, the Motion to Allow Remote Appearance by Brian T. Peterson for Hearing Scheduled for April 17, 2024 is Granted .

To register for a remote appearance via Zoom, enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJIscOCurjgiHQ0GwJfCq2KLa−bMTntrxmo#/registration

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Carly Everhardt is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.