**ORDERED.**

Dated: June 26, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:23-bk-04081-TPG** |
| | **CHAPTER 11** |
| **EVOLUTION MICRO, LLC,** | *Subchapter V Election* |
| Debtor. | |
| _____/ | |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE**
**OF CONTROVERSY PURSUANT TO BANKRUPTCY RULE 9019**

**THIS CASE** came on for consideration without a hearing upon the motion (the "Motion"), pursuant to 11 U.S.C. § 105(a) and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of **EVOLUTION MICRO, LLC**, (the "Debtor") and **AMAZON.COM SERVICES, LLC** (collectively "Amazon") (the Debtor and Amazon are collectively referred to herein as the "**Parties**"-where appropriate), filed with the Court on May 31, 2024 (Doc. No. 121) to approve the settlement and compromise reached by and between the Parties. Upon consideration of the Motion and Settlement Agreement, a copy of which is attached to the Motion as **Exhibit "A"**, the Court notes that the Motion was served upon the United States

Trustee and all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days plus three days for mailing from the date the paper was entered on the docket and that no party has filed an objection within the time permitted. Accordingly, it is

    **ORDERED**:

    1.    The Motion (Doc. No. 121) is **GRANTED** and the compromise between the Parties is **APPROVED**.

    2.    The Parties are authorized and directed to take all steps necessary to consummate the Settlement Agreement described herein, and attached to, the Motion.

    3.    The Court hereby retains jurisdiction over all Parties referenced herein to enforce the terms of the compromise and settlement set out in the Motion and attached thereto.

###

Attorney Justin M. Luna is directed to serve copies of this order on all required parties that do not receive one electronically and file a certificate of service.